FILED 10 AUG 10 09:24 USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

TAMIE RICHARDSON,

        Plaintiff,        Civ. No. 10-3073-CL

**ORDER**

    v.

FIRST HORIZON HOME LOAN CORP.,

        Defendant.

---

**PANNER, J.**

    Pro se plaintiff Tamie Richardson seeks an *ex parte* temporary restraining order to enjoin the foreclosure sale of her house. Plaintiff alleges her house is scheduled for a foreclosure sale on August 11, 2010, and defendant First Horizon Home Loan Corp. has not complied with the legal requirements for a valid foreclosure.

    Because of the alleged imminent foreclosure sale, I grant plaintiff's request for a temporary restraining order (#2).

1 - ORDER

Defendant is enjoined from carrying out the foreclosure sale of plaintiff's property from this day until Friday, August 20, 2010, at 5:00 p.m. This court will hold a hearing on whether to issue a preliminary injunction on August 20, 2010, at 9:30 a.m., in Medford.

    IT IS SO ORDERED.

    DATED this _10_ day of August, 2010.

                                      */s/ Owen M. Panner*
                                      OWEN M. PANNER
                                      U.S. DISTRICT JUDGE