AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

FILED '10 AUG 16 8 51 USDC-ORP

| | |
|---|---|
| Tamie Richardson )<br>_____ )<br>*Plaintiff* )<br>v. ) Civil Action No. 10-3073 - CL<br>First Horizon Home Loan Corporation )<br>_____ )<br>*Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* First Horizon Home Loan Corporation, 4949 Meadows Road, Suite 350, Lake Oswego, OR 97035-3164

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Tamie Richardson, 746 Bailey Drive, Grants Pass, OR 97527

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT    **MARY L. MORAN**

Date: 8/9/10

_____
Signature of Clerk or Deputy Clerk

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### District of OREGON

Case Number: 10-3073-CL

PLAINTIFF:
**TAMIE RICHARDSON**

vs.

DEFENDANT:
**FIRST HORIZON HOME LOAN CORPORATION**

Received by NW Process Service, L.L.C. on the 10th day of August, 2010 at 12:50 pm to be served on **First Horizon Home Loan Corporation c/o CT Corporation Systems, Registered Agent, 388 State Street #420, Salem, OR 97301**.

I, Floyd G. Bennett, being duly sworn, depose and say that on the **10th day of August, 2010** at **1:48 pm, I:**

Served **First Horizon Home Loan Corporation c/o CT Corporation Systems, Registered Agent** by delivering a true copy of the **Summons in a Civil Action and Original Petition; Civil Cover Sheet**, to **Patty McGriff, Service of Process Technician**, the person in charge of the office of the Registered Agent at **388 State Street #420, Salem, OR 97301**.

I certify that I was and now am a competent person over the age of 18 years and a resident of the State of Oregon. I am not a party to nor an officer, director or employee of, nor attorney for any party, corporate or otherwise, and know that the person, firm or corporation served is the identical one named in the action.

Subscribed and Sworn to before me on the 10th day of August, 2010 by the affiant who is personally known to me.

_Patricia S. Bennett_
NOTARY PUBLIC

OFFICIAL SEAL
PATRICIA S BENNETT
NOTARY PUBLIC - OREGON
COMMISSION NO. 444291
MY COMMISSION EXPIRES NOV. 16, 2013

**Floyd G. Bennett**
Process Server

NW Process Service, L.L.C.
7420 SW HUNZIKER ST, SUITE C
TIGARD, OR 97223
(503) 597-0519

Our Job Serial Number: 2010003288
Ref: 099119

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4a