FILED'10 AUG 20 12:27 USDC-ORM

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

TAMIE RICHARDSON,

        Plaintiff,        Civ. No. 10-3073-CL

**ORDER**

   v.

FIRST HORIZON HOME LOAN CORP.,

        Defendant.

---

**PANNER, J.**

    I granted a temporary restraining order on August 10, 2010, enjoining defendant First Horizon Home Loan Corp. from foreclosing on plaintiff Tamie Richardson's house until August 20, 2010. At the hearing on August 20, 2010, plaintiff stated that defendant has rescheduled the foreclosure sale to August 26, 2010. Defendant has not yet appeared in this action.

    Based on the imminent foreclosure sale, I extend the temporary restraining order. Defendant is enjoined from carrying

1  -  ORDER

out the foreclosure sale of plaintiff's property from this day until Monday, August 30, 2010, at 5:00 p.m. This court will hold a hearing on whether to issue a preliminary injunction on August 30, 2010, at 1:30 p.m., in Medford.

    IT IS SO ORDERED.

    DATED this _20_ day of August, 2010.    *10/20/10 @ 11:30 a.m.*

                                            */s/ Owen M. Panner*

                                       OWEN M. PANNER
                                       U.S. DISTRICT JUDGE

2  -  ORDER