Holger Uhl [OSB#950143]
**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045
Attorneys for First Horizon Home Loan Corporation

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# MEDFORD DIVISION

| | |
|---|---|
| TAMIE RICHARDSON,<br><br>            Plaintiff,<br><br>vs.<br><br>First Horizon Home Loan Corporation,<br><br><br><br>            Defendants. | Case No. 10-03073<br><br>**NOTICE OF APPEARANCE** |

COMES NOW Holger Uhl of McCarthy Holthus, LLP, and hereby appears as attorney of record for First Horizon Home Loan Corporation, in the above-entitled action, preserving all defenses and objections which said Defendant may have to the Plaintiff's Complaint filed in this action, including but not limited to **lack of jurisdiction over the person, improper venue, insufficiency of process, and insufficiency of service of process.**

DATED August 25, 2010

                                        McCarthy & Holthus, LLP
                                            */s/ Holger Uhl*
                                        By_____
                                            Holger Uhl, Of the Firm
                                            Attorneys for First Horizon Home Loan Corporation

Notice of Appearance - 1

**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 25, 2010, I served a copy of the foregoing on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing:

- 

Additionally, a copy of the foregoing was served on the following parties by first class mail, postage prepaid, addressed to:

**Tamie Richardson**
746 Bailey Drive
Grants Pass, OR 97527

*/s/ Holger Uhl*
_____
Holger Uhl

Notice of Appearance - 2

**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045