Holger Uhl [OSB#950143]
**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045
Attorneys for First Horizon Home Loan Corporation

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## MEDFORD DIVISION

| | |
|---|---|
| TAMIE RICHARDSON,<br><br>                            Plaintiff,<br><br>vs.<br><br>First Horizon Home Loan Corporation,<br><br><br><br><br><br><br><br>                            Defendants. | Case No. 10-03073<br><br>**MOTION FOR A MORE DEFINITE STATEMENT AND TO EXTEND TIME TO FILE AN ANSWER PURSUANT TO FRCP 12(e) and 6.** |

Pursuant to F.R.C.P. 12(e) and 6, Defendant First Horizon Home Loan Corporation moves the court for an order to make Plaintiff's complaint more definite and to extend Defendants time to file an answer. This motion is supported by a Memorandum in Support of Motion submitted concurrently herewith.

DATED September 2, 2010

                                    McCarthy & Holthus, LLP
                                        */s/ Holger Uhl*
                        By_____
                                Holger Uhl, Of the Firm
                                Attorneys for First Horizon Home Loan Corporation

Notice of Appearance - 1

**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 2, 2010, I served a copy of the foregoing on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing:

- 

Additionally, a copy of the foregoing was served on the following parties by first class mail, postage prepaid, addressed to:

**Tamie Richardson**
746 Bailey Drive
Grants Pass, OR 97527

*/s/ Holger Uhl*
_____
Holger Uhl

Notice of Appearance - 2

**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045