FILED'10 SEP 13 9:37USDC-ORM

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

TAMIE RICHARDSON,

        Plaintiff,        Civ. No. 10-3073-CL

**ORDER**

v.

FIRST HORIZON HOME LOAN CORP.,

        Defendant.

**PANNER, J.**

    *Pro se* plaintiff Tamie Richardson seeks a preliminary injunction to prevent the foreclosure sale of her house. Plaintiff alleges the house was scheduled for a foreclosure sale on August 11, 2010 and defendant First Horizon Home Loan Corp. has not complied with the legal requirements for a valid foreclosure.

    Because of the alleged imminent foreclosure sale, I granted plaintiff's request for a temporary restraining order (#2). I

- ORDER

later extended the temporary restraining order to August 30, 2010, and set a hearing on whether to issue a preliminary injunction (#9). Defendant appeared at the August 30, 2010 show cause hearing.

I now issue a preliminary injunction prohibiting defendant from conducting a foreclosure sale of plaintiff's property, effective from August 30, 2010, until Wednesday, October 27, 2010, at 5:00 p.m.

IT IS SO ORDERED.

DATED this __12__ day of September, 2010. 9:00 A.M.

_____
OWEN M. PANNER
U.S. DISTRICT JUDGE

- ORDER