

UNITED STATES DISTRICT COURT
District of Oregon

## NOTICE OF JUDICIAL REASSIGNMENT

Date of Reassignment. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . September 21, 2010

Case Number. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . CV 10-3073-PA

Case Title. . . . . . . . . . . . . . . . . . . . . . .   Tamie Richardson v. First Horizon Home Loan Corporation

**(A)** **Case Reassignment:** In accordance with the Court's Case Management Plan, the above captioned case has been reassigned from the Honorable Mark D. Clarke, United States Magistrate Judge, to the Honorable Owen M. Panner, Senior United States District Judge. Information on this case may be obtained from the following:

        Courtroom Deputy:    Deborah DesJardins
                                           Telephone:  (503) 326-8290
                                           email:   deborah_desjardins@ord.uscourts.gov

        Docket Information:    Deborah Johnson
                                           Telephone:  (541) 608-8772
                                           email:  deborah_johnson@ord.uscourts.gov

**(B)** **Place of Filing:** Unless electronically filed, an original and copy of all documents will be filed with the Clerk's Office, US District Court in Medford, 201 James A. Redden United States Courthouse, 310 W. Sixth Street, Medford, Oregon  97501.

**(C)** **Change to the Case Number:** Effective immediately, Judge Panner's initials (PA) will replace the previous judge's initials in this case.

                                                                          **MARY L. MORAN,**
                                                                          **Clerk of Court**

cc:    Judge Panner
        Counsel of Record