Holger Uhl [OSB#950143]
**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045
Attorneys for First Horizon Home Loan Corporation

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## MEDFORD DIVISION

| | |
|---|---|
| TAMIE RICHARDSON, <br><br> Plaintiff, <br><br> vs. <br><br> First Horizon Home Loan Corporation, <br><br><br><br> Defendants. | Case No. 10-03073 <br><br> **MOTION  FOR SUMMARY JUDGMENT** <br><br> **ORAL ARGUMENT REQUESTED** |

### LOCAL RULE 7-1 CERTIFICATION

Defendant  First Horizon Home Loan Corporation by and through its attorney, Holger Uhl of McCarthy & Holthus, LLP, certifies that the parties attempted to resolve this dispute prior to seeking a decision from this Court and have been unable to do so.

### MOTION FOR SUMMARY JUDGMENT

Defendant moves this Court for summary judgment pursuant to Fed. R. Civ. P. 56 on the Ground that the facts, even as viewed in the light most favorable to plaintiff, do not create a basis for the legal claims asserted by plaintiff, and defendant is entitled to judgment as a matter of law. The motion is supported by the Memorandum in Support of Motion for Summary Judgment, the Concise Statement of

Motion - 1

**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045

Facts, the Affidavits in Support of Motion for Summary Judgment filed contemporaneously herewith, and the pleadings and records on file.

Defendants request oral argument. Defendants estimate time for argument to be one hour.

Defendants request court reporting services.

This motion is for all the claims in this action.

DATED September 29, 2010

                      McCarthy & Holthus, LLP
                          */s/ Holger Uhl*
             By_____
                      Holger Uhl, Of the Firm
                      Attorneys for First Horizon Home Loan Corporation

Motion - 2

**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 29, 2010, I served a copy of the foregoing on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing:

- 

Additionally, a copy of the foregoing was served on the following parties by first class mail, postage prepaid, addressed to:

**Tamie Richardson**
746 Bailey Drive
Grants Pass, OR 97527

*/s/ Holger Uhl*
_____
Holger Uhl

Motion - 3

**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045