Holger Uhl [OSB#950143]
**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045
Attorneys for First Horizon Home Loan Corporation

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## MEDFORD DIVISION

| | |
|---|---|
| TAMIE RICHARDSON,<br><br>Plaintiff,<br><br>vs.<br><br>First Horizon Home Loan Corporation,<br><br><br><br>Defendants. | Case No. 10-03073<br><br><br><br>**CONCISE STATEMENT OF MATERIAL FACTS** |

Pursuant to LR 56-1, defendant submits the following concise statement of undisputed material facts:

| **MATERIAL FACT** | **Supporting Documentation** |
|---|---|
| 1. The subject property of this complaint is known as 746 Bailey Drive, Grants Pass, Oregon 97527. | Affidavit of Ed Hyne, Holger Uhl, Exhibit A, page 3 |
| 2. The subject promissory note ("Note") and deed of trust ("Deed of Trust") (together the "Loan" or "Mortgage") are dated April 8th, 2005 and were signed by Plaintiff and non party Mike S. Richardson. | Affidavit of Ed Hyne, Exhibit A, First page and page 14 and B, First page and page 5. (Exhibit B is a copy of the front and back page of the document –reference to page number is to the front page unless otherwise indicated) |
| 3. The original Principal amount of the loan was $370,000.00 | Affidavit of Ed Hyne, Paragraph 7, Exhibit A, page 2. |
| 4. The current annual interest rate is 6.13% | Affidavit of Ed Hyne, Paragraph 7. |
| 5. The Note is payable to the "order of Lender" | Affidavit of Ed Hyne, Exhibit |

CONCISE STATEMENT OF MATERIAL
FACTS - 1

**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045

| | | |
|---|---|---|
| | | B, page 1, paragraph 1. |
| 6. | The Note identifies the "Lender" as First Horizon Home Loan Corporation | Affidavit of Ed Hyne, Exhibit B, page 1, paragraph 1. |
| 7. | The language of the Note provides that it is transferable. | Affidavit of Ed Hyne, Exhibit B, page 1, paragraph 1. |
| 8. | The Note is endorsed in blank by First Horizon Home Loan Corporation. | Affidavit of Ed Hyne, Exhibit B, page 3, reverse page. |
| 9. | The Deed of Trust was recorded on April 15, 2005 as Instrument # 2005-008429, records of Josephine County, Oregon. | Affidavit of Holger Uhl, Exhibit A, page 1, recording stamp. |
| 10 | The named original Beneficiary of the Deed of Trust was First Horizon Home Loan Corporation | Affidavit of Holger Uhl, Exhibit A, page 1, Paragraph Definitions (C) |
| 11 | The original Trustee was Ticor Title Insurance Company | Affidavit of Holger Uhl, Exhibit A, page 1, Paragraph Definitions (D) |
| 12 | The Deed of Trust was modified by Instrument recorded March 29, 2006 as Instrument # 2006-006558 | Affidavit of Holger Uhl, Exhibit B |
| 13 | The marriage of Plaintiff and co-debtor Mike S. Richardson was dissolved by degree dated April 7, 2009 | Josephine County Case # 08DR00948 |
| 14 | The Loan is owned by a securitization trust, First Horizon Alternative Mortgage Securities Trust 2006-AA3, Mortgage Pass-Through Certificates Series 2006-AA3, with the Bank of New York as the Trustee and was transferred to said trust pursuant to a Pooling and Servicing Agreement dated May 1, 2006. | Affidavit of Ed Hyne, Paragraph 8, 9, Exhibits E and F. |
| 15 | First Horizon Home Loan Corporation now known as First Horizon Home Loans is the master servicer for the Loan pursuant to said Pooling and Servicing Agreement with authority to institute foreclosures. | Affidavit of Ed Hyne, Paragraph 11, Exhibits E and F. |
| 16 | MetLife Home Loans is the sub-servicer for the Loan | Affidavit of Ed Hyne, Paragraph 11, Exhibits E and F. |
| 17 | The loan is due for July 2009 and each month thereafter. | Affidavit of Ed Hyne, Paragraph 7, Exhibit C |
| 18 | On October 16, 2009 First American Title Insurance | Affidavit of Holger Uhl, |

CONCISE STATEMENT OF MATERIAL FACTS - 2

McCarthy & Holthus LLP
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045

| | | |
|---|---|---|
| | Company ("FATCO") was substituted as trustee by the Bank of New York Mellon, as Trustee, through First Horizon Home Loans as the master servicer for the Trustee | Exhibit D. |
| 19 | Said substitution was recorded November 16, 2009 as Instrument # 2009-017906, records of Josephine County, Oregon. | Affidavit of Holger Uhl, Exhibit D, page 1, recording stamp. |
| 20 | First Horizon assigned its beneficial interest in the Deed of Trust to The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the holders of the Certificates, First Horizon Mortgage Pass-Through Certificates Series FHAMS 2006-AA3, by instrument recorded on December 29, 2009 as Instrument # 2009-020021, records of Josephine County, Oregon. | Affidavit of Holger Uhl, Exhibit C, page 1, recording stamp. |
| 21 | No actions to recover the debt has been instituted | Affidavit of Ed Hyne, Paragraph 13. |
| 22 | First American Title Insurance Company recorded a Notice of Default and Election to Sell on March 30, 2010, as Instrument # 2010-004090, records of Josephine County, Oregon. | Affidavit of Holger Uhl, Exhibit E, page 1, recording stamp. |
| 23 | On June 24, 2010, First American Title Insurance Company caused the recording of the Affidavit of Mailing, Compliance with SB 628, Publication, and Posting, as Instrument #2010-010755, records of Josephine County, Oregon. | Affidavit of Holger Uhl, Exhibit F, page 1, recording stamp. |

DATED September 29, 2010

                                  McCarthy & Holthus, LLP
                                      */s/ Holger Uhl*
                          By_____
                                    Holger Uhl, Of the Firm
                                    Attorneys for First Horizon Home Loan Corporation

CONCISE STATEMENT OF MATERIAL FACTS - 3

**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 29, 2010, I served a copy of the foregoing on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing:

- 

Additionally, a copy of the foregoing was served on the following parties by first class mail, postage prepaid, addressed to:

**Tamie Richardson**
746 Bailey Drive
Grants Pass, OR 97527

*/s/ Holger Uhl*
_____
Holger Uhl

CONCISE STATEMENT OF MATERIAL
FACTS - 4

**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045