# CPI TRANSACTION CODES                                          EXHIBIT C

| Code | Description | Code | Description |
|---|---|---|---|
| 32 | LATE CHARGE WAIVER | 307 | ESCROW TO MORTGAGOR |
| 42 | LOAN SET UP ON SYSTEM | 310 | MIP - 310 - 01 |
| 43 | PRINCIPAL AND DISCOUNT ADJUSTMENT | 310 | MIP - 310 - 02 |
| 44 | REDISTRIBUTION OF PRINCIPAL AND INTEREST | 311 | COUNTY/CITY TAXES |
| 45 | RESTRICTED MONETARY ADJUSTMENT | 312 | COUNTY TAX |
| 46 | SHORT FORM REVERSAL MISAPPLICATION/NSF | 313 | CITY TAX |
| 47 | LONG FORM REVERSAL MISAPPLICATION | 314 | SCHOOL |
| 48 | LONG FORM REVERSAL/NSF CHECK | 315 | CITY/SCHOOL TAX |
| 51 | PAYMENT DISTRIBUTION | 316 | MUD/PUD TAX (WATER DISTRICT TAX) |
| 52 | LATE CHARGE ASSESSMENT | 317 | MAINTENANCE FEE |
| 53 | INTEREST RATE CHANGE ON NON-ARM LOAN | 318 | GROUND RENT |
| 55 | INVESTOR TRANSFER - MANUAL LIQUIDATION | 320 | SPECIAL ASSESSMENT |
| 56 | TRANSFER OF SERVICING | 328 | WRAP - 1ST LIEN PAYMENT |
| 58 | TRANSFER OF SERVICING | 329 | PENALTY AND INTEREST |
| 60 | ESCROW DEPOSIT, INTEREST ON ESCROW | 330 | ATTORNEY ADVANCES - F/C DISBURSEMENT |
| 61 | ESCROW ADVANCE | 331 | PROPERTY PRESERVATION - F/C DISBURSEMENT |
| 62 | MIP REFUND | 332 | STATUTORY EXPENSES - F/C DISBURSEMENT |
| 63 | HAZARD REFUND | 333 | MISC EXPENSES - F/C DISBURSEMENT |
| 64 | TAX REFUND | 351 | HAZARD DISBURSEMENT |
| 65 | LIEN REFUND | 352 | FLOOD DISBURSEMENT |
| 66 | SPECIAL ESCROW DEPOSIT | 353 | HAZARD DISB. - CONDO/ ADD'L POLICY |
| 67 | OTHER DEPOSIT (HUD) | 354 | HAZARD DISB. - MINE/ADD'L POLICY |
| 68 | ESCROW ADVANCE REFUND REQUEST | 355 | HAZARD DISB.-WIND/ADD'L POLICY |
| 69 | RESTRICTED ESCROW DEPOSIT (LOSS DRAFT) | 492 | ARM CHANGE DATA (INTEREST RATE) |
| 70 | REDISTRIBUTED PAYMENT | 493 | ARM CHANGE DATA (INTEREST RATE) |
| 71 | COUPON PAYMENT | 601 | CORP. ADV. DISB. - TAX PENALTY |
| 72 | MODIFIED COUPON | 630 | CORP ADV.DISB. - ATTORNEY FEE |
| 73 | IRREGULAR PAYMENT | 631 | CORP ADV. DISB. - PROPERTY PRESERVATION |
| 74 | ESCROW PAYMENT | 632 | CORP ADV. DISB. - STATUTORY EXPENSE |
| 75 | PRINCIPAL PAYMENT | 633 | CORP ADV. DISB. - MISCELLANEOUS |
| 79 | SPECIAL OPTIONAL INSURANCE PAYMENT | 710 | CORP. ADV. DEPOSIT - ATTORNEY FEES |
| 81 | PAID IN FULL | 711 | CORP. ADV. DEPOSIT - PROPERTY PRESERVATION |
| 82 | FORECLOSURE | 712 | CORP ADV. DEPOSIT - STATUTORY EXP. ATTNY. |
| 83 | PARTIAL SETTLEMENT | 766 | CORP ADV. DEP. - MISCELLANEOUS OR TAX |
| 85 | PAYMENT IN FULL WITH DELINQUENT PAYMENTS | 745 | CORP ADV. ADJUSTMENT |
| 86 | FORECLOSURE REMOVAL - REPURCHASE | | |
| 301 | MISCELLANEOUS DISBURSEMENT | | |
| 302 | HUD REFUND | | |
| 303 | REPLACEMENT RESERVE | | |
| 304 | REPLACEMENT ESCROW | | |
| 305 | ESCROW TO MORTGAGEE | | |
| 306 | EXCESS ESCROW | | |

*2006*

```
I4811-721                FIRST HORIZON HOME LOANS              LOAN HISTORY Y-T-D INV 679 CAT 001 INV# 6790011291 T13 12/29/06
                                                                                                                PAGE 91994
LN#  [REDACTED]     MIKE A RICHARDSON         TAMIE S RICHARDSON                                        ARM PLAN WC67
                                              746 BAILEY DR             GRANTS PASS       OR 975275302  EMP 0    P0F0

  1ST MTGE PRIN  2ND MTGE PRIN    ESC BAL      REST ESC    SUSPENSE      ADV BAL    REPL RES    HUD BAL     LC BAL    INT DUE  DUE DATE  HUD PRT OF M
     370,000.00            .00        .00           .00         .00          .00         .00        .00        .00        .00 01-01-07      .00 EW 4

     P & I 1ST     P&I 2ND    CO TAX    CITY TAX    HAZ INS     M I P     LIEN      BSC A & H      LIFE       MISC      REP RES   TOT PAYMT  INT RATE DT BM
       1888.54         .00       .00         .00        .00       .00       .00       .00 0       .00 0      .00 0         .00     1888.54   .0612500  1 9

    1ST ORIG MTG  2ND ORIG MTG      PRIN BAL BEG    INT IND  CAP FLAG  MTGR SSN      DEF INT BAL  PRIOR YR PPD INT  PPD INT IND  GPM ORG
       370,000           0            370,000.00                       544 88 9656       0.00              0.00            0        0

    ASSUM-DT  XFER-DEED  FHA-SEC/NUM     LIP PAYOFF  FC-TRK-SW  YE-ACQ-RPT/DATE   SALE-ID  EXEMPT  PLGD-LN  PMT-OPT  CALC-METH  ELOC  BNKRPCY CH/DT
                                /00

    PMT PERIOD  1098-DET-HIST   POINTS-PAID/RPTG YR   SUPPR-MICR-STMT  DI-NOT-RPT-YR  REAS CAUS  RI-HDR-SW  1ST-DUE-DT   REO STAT/COMPL DT
         12                        1,387.50                   Z                                                05-06

    IOE CREDIT YTD/W-H SW/W-H BALANCE    IORE CREDIT YTD/W-H SW/W-H BALANCE   CONSTR CD   NO PURGE FLAG/YR   BNKRPT STAT   LAST DEF DUE
           .00                 .00                .00                 .00                                                     04-36

    REC CORP ADV BAL   3RD REC CORP ADV BAL   FORECL WKST CODE/REINSTATE DATE    INIT ESC STMT CODE / DATE   LOSS MIT STATUS/COMPL DATE
          .00                  .00
```

| DUE DATE | PROC DATE | TP TR | SQ NO | AMOUNT RECEIVED | PRINCIPAL PAID | PRINCIPAL BALANCE | INTEREST PAID | ESCROW PAID | ESCROW BALANCE | ADVANCE BALANCE | STATUS AMOUNT | STATUS BALANCE | UNEARNED INT-BAL. | OTHER AMOUNTS | CFD DCT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BAL-FWD |  |  |  |  |  | 370000.00 |  |  | .00 | .00 |  | .00 | .00 |  |  |
| 05-06 | 03-31 | 1 42 | 1 | .00 | 370000.00- | 370000.00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | 186.27 | 1 K |
| 05-06 | 03-31 | 1 70 | 2 | .00 | .00 | 370000.00 | .00 | .00 | .00 | .00 | BATCH WKF EDIT-SEQ 167920 .00 | .00 | .00 |  | 1 |
| 04-06 | 04-03 | 1 70 | 1 | .00 | .00 | 370000.00 | 186.27 | .00 | .00 | .00 | BATCH 8EE EDIT-SEQ 167925 .00 | .00 | .00 |  | 1 |
| 05-06 | 04-03 | 1 70 | 2 | 186.27 | .00 | 370000.00 | .00 | .00 | .00 | .00 | BATCH 8Q1 EDIT-SEQ 083860 .00 | .00 | .00 |  | 1 |
| 05-06 | 05-19 | 1 72 | 1 | 1888.54 | .00 | 370000.00 | 1888.54 | .00 | .00 | .00 | BATCH 8Q1 EDIT-SEQ 083860 .00 MPL-ID GLBL | .00 | .00 | 05-19-06 | 1 L |
| 06-06 | 06-12 | 1 72 | 1 | 1888.54 | .00 | 370000.00 | 1888.54 | .00 | .00 | .00 | BATCH 610 EDIT-SEQ 198546 .00 MPL-ID GLBL | .00 | .00 | 06-12-06 113.77 | 1 L AA |
| 07-06 | 07-10 | 1 72 | 1 | 1888.54 | .00 | 370000.00 | 1888.54 | .00 | .00 | .00 | BATCH 610 EDIT-SEQ 213027 .00 MPL-ID GLBL | .00 | .00 | 07-10-06 113.77 | 1 L AA |
| 08-06 | 08-14 | 1 72 | 1 | 1888.54 | .00 | 370000.00 | 1888.54 | .00 | .00 | .00 | BATCH 611 EDIT-SEQ 307964 .00 MPL-ID GLBL | .00 | .00 | 08-14-06 113.77 | 1 L AA |
| 09-06 | 09-18 | 1 72 | 1 | 1888.54 | .00 | 370000.00 | 1888.54 | .00 | .00 | .00 | BATCH 611 EDIT-SEQ 237810 .00 | .00 | .00 |  | 1 |

```
I4811-721                FIRST HORIZON HOME LOANS              LOAN HISTORY Y-T-D INV 679 CAT 001 INV# 6790011291 T13 12/29/06
LOAN-NO (CONT\D)                                                                                                    PAGE   91995

LN#       [REDACTED]    MIKE A RICHARDSON        TAMIE S RICHARDSON                                        EMP 0   P0F0

DUE    PROC   TP  SQ   AMOUNT       PRINCIPAL  PRINCIPAL   INTEREST   ESCROW    ESCROW    ADVANCE   STATUS    STATUS    UNEARNED    OTHER    CFD
DATE   DATE   TR  NO   RECEIVED     PAID       BALANCE     PAID       PAID      BALANCE   BALANCE   AMOUNT    BALANCE   INT-BAL.    AMOUNTS  DCT
                                                                                                    MPL-ID GLBL
                                                                                                                                    09-18-06 L
                                                                                                                                    113.77 AA
                                                                                                    BATCH 611 EDIT-SEQ 336903
10-06  10-16  1   72  1   1888.54       .00    370000.00   1888.54      .00       .00       .00       .00       .00        .00                1
                                                                                                    MPL-ID GLBL
                                                                                                                                    10-16-06 L
                                                                                                                                    113.77 AA
                                                                                                    BATCH 611 EDIT-SEQ 382213
11-06  11-20  1   72  1   1888.54       .00    370000.00   1888.54      .00       .00       .00       .00       .00        .00                1
                                                                                                    MPL-ID GLBL
                                                                                                                                    11-20-06 L
                                                                                                                                    113.77 AA
                                                                                                    BATCH 610 EDIT-SEQ 275184
12-06  12-14  1   72  1   1888.54       .00    370000.00   1888.54      .00       .00       .00       .00       .00        .00                1
                                                                                                    MPL-ID GLBL
                                                                                                                                    12-14-06 L
                                                                                                                                    113.77 AA
                                                                                                    BATCH 610 EDIT-SEQ 073761
REQ-BY TOTALS         15,294.59                            15,294.59                                           .00                  982.66
       Y/E                              .00                               .00

OTHER AMOUNT CODES:
A=FHA-PENALTY    G=SER=INTEREST-PAID TO POOL   K=INT-DUE-PD               P=ACCRUED-IOE/IORE        U=REAPPLICATION-FEE    Y=HUD-FUND
B=BSC            H=FEE-AMT                     L=PD-THRU-DT               R=UE-INT-AMT              V=ESCROW-ADVANCE       Z=RESTRICTED-ESCROW
C=235-FEE        I=A-H-PD                      M=ADVANCE-EFF-DATE         S=CR-LIFE-AMT             W=SUSPENSE             DI=DEFERRED-INT-BAL
F=MISC           J=LIFE-PD                     N=ADVANCE-MEMO-AMT         T=ORIG-FEE-AMT            X=REPLACEMENT-RESERVE
AA=SER-FEE-PD    AB=DEFERRED-INT-PD            AC=LIFE-DEF-INT-PD         AD=CHECK-NO   AE=DEFERRED-INT-LTD-PD   AF=LIFE-DEFERRED-INT-LTD-PD
AG=SUB-CODE      AJ=DEF-INT-ADJ-FLAG  AK=ADV-AMT-RECD   AL=TRAN-SOURCE   AM=IOC-SPEC-INT-PD  AN=NON-REC-CORP-ADV  AP=DATE-STAMP   AQ=TIME-
STAMP  AR=MTGR-REC-CORP-ADV   AS=PREV-POSTED   AT=3RD-REC-CORP-ADV    AY=ADJ YE 1098 IND   AZ=CHOICES-PD
FEE CODES:        1=LATE-CHARGE   2=BAD-CK-FEE   3=CHG-OWNER
```

*2007* (handwritten)

```
I4811-721           FIRST TENN BANK/FIRST HORIZON HOME LOAN      LOAN HISTORY Y-T-D INV 679 CAT 001 INV# 6790011291 T13 12/31/07
                                                                                                                    PAGE  15577
LN#  [REDACTED]         MIKE A RICHARDSON          TAMIE S RICHARDSON                                ARM PLAN WC67
                                                   746 BAILEY DR         GRANTS PASS     OR 975275302    EMP 0  POF0

 1ST MTGE PRIN   2ND MTGE PRIN    ESC BAL     REST ESC    SUSPENSE    ADV BAL    REPL RES   HUD BAL    LC BAL    INT DUE  DUE DATE HUD PRT OF M
   370,000.00            .00         .00         .00         .00        .00        .00       .00        .00        .00   01-01-08    .00 EW 4

  P & I 1ST   P&I 2ND    CO TAX   CITY TAX   HAZ INS    M I P     LIEN     BSC    A & H      LIFE      MISC     REP RES  TOT PAYMT  INT RATE DT BM
   1888.54       .00       .00      .00       .00       .00      .00       .00    .00 0     .00 0     .00 0      .00     1888.54   .0612500  1 9

   1ST ORIG MTG   2ND ORIG MTG    PRIN BAL BEG    INT IND   CAP FLAG  MTGR SSN     DEF INT BAL   PRIOR YR PPD INT    PPD INT IND  GPM ORG
     370,000           0            370,000.00                         544 88 9656     0.00             0.00              0            0

 ASSUM-DT XFER-DEED FHA-SEC/NUM    LIP PAYOFF FC-TRK-SW YE-ACQ-RPT/DATE    SALE-ID EXEMPT PLGD-LN PMT-OPT CALC-METH ELOC BNKRPCY CH/DT
                       /00

 PMT PERIOD  1098-DET-HIST   POINTS-PAID/RPTG YR   SUPPR-MICR-STMT  DI-NOT-RPT-YR  REAS CAUS  RI-HDR-SW  1ST-DUE-DT   REO STAT/COMPL DT
     12                         1,387.50   06                                                              05-06

 IOE CREDIT YTD/W-H SW/W-H BALANCE   IORE CREDIT YTD/W-H SW/W-H BALANCE   CONSTR CD    NO PURGE FLAG/YR   BNKRPT STAT   LAST DEF DUE
                  .00        .00                 .00         .00                                                          04-36

 REC CORP ADV BAL   3RD REC CORP ADV BAL   FORECL WKST CODE/REINSTATE DATE    INIT ESC STMT CODE / DATE    LOSS MIT STATUS/COMPL DATE
        .00                 .00

  DUE   PROC  TP  SQ   AMOUNT      PRINCIPAL   PRINCIPAL    INTEREST   ESCROW    ESCROW    ADVANCE    STATUS       STATUS     UNEARNED    OTHER  CFD
  DATE  DATE  TR NO    RECEIVED    PAID        BALANCE      PAID       PAID      BALANCE   BALANCE    AMOUNT       BALANCE    INT-BAL.    AMOUNTS DCT
 BAL-FWD                                       370000.00                           .00       .00                    .00         .00         .00
 01-07 01-22  1  72 1   1888.54       .00      370000.00    1888.54     .00        .00       .00        .00         .00         .00                  1
                                                                                                     MPL-ID GLBL
                                                                                                                                      01-22-07 L
                                                                                                                                        113.77 AA
 02-07 02-26  1  72 1   1888.54       .00      370000.00    1888.54     .00        .00       .00   BATCH 610 EDIT-SEQ 317178
                                                                                                        .00         .00         .00                  1
                                                                                                     MPL-ID GLBL
                                                                                                                                      02-26-07 L
                                                                                                                                        113.77 AA
 03-07 03-30  1  72 1   1888.54       .00      370000.00    1888.54     .00        .00       .00   BATCH 611 EDIT-SEQ 154865
                                                                                                        .00         .00         .00                  1
                                                                                                     MPL-ID GLBL
                                                                                                                                      03-30-07 L
                                                                                                                                        113.77 AA
 04-07 04-23  1  72 1   1888.54       .00      370000.00    1888.54     .00        .00       .00   BATCH 611 EDIT-SEQ 197856
                                                                                                        .00         .00         .00                  1
                                                                                                     MPL-ID GLBL
                                                                                                                                      04-23-07 L
                                                                                                                                        113.77 AA
 05-07 05-18  1  72 1   1888.54       .00      370000.00    1888.54     .00        .00       .00   BATCH 610 EDIT-SEQ 106588
                                                                                                        .00         .00         .00                  1
                                                                                                     MPL-ID GLBL
                                                                                                                                      05-18-07 L
                                                                                                                                        113.77 AA
 06-07 06-12  1  72 1   1888.54       .00      370000.00    1888.54     .00        .00       .00   BATCH 610 EDIT-SEQ 096158
                                                                                                        .00         .00         .00                  1
                                                                                                     MPL-ID GLBL
                                                                                                                                      06-12-07 L
                                                                                                                                        113.77 AA
```

```
I4811-721              FIRST TENN BANK/FIRST HORIZON HOME LOAN        LOAN HISTORY Y-T-D INV 679 CAT 001 INV# 6790011291 T13 12/31/07
LOAN-NO (CONT\D)                                                                                                         PAGE   15578

LN#   [REDACTED]         MIKE A RICHARDSON          TAMIE S RICHARDSON                                           EMP 0    P0F0

DUE   PROC    TP  SQ    AMOUNT     PRINCIPAL   PRINCIPAL   INTEREST   ESCROW    ESCROW     ADVANCE    STATUS     STATUS     UNEARNED   OTHER    CFD
DATE  DATE    TR  NO    RECEIVED   PAID        BALANCE     PAID       PAID      BALANCE    BALANCE    AMOUNT     BALANCE    INT-BAL.   AMOUNTS  DCT
                                                                                                       BATCH 610 EDIT-SEQ 085247
07-07 07-16 1 72  1     1888.54         .00    370000.00   1888.54        .00        .00        .00        .00        .00        .00             1
                                                                                                      MPL-ID GLBL
                                                                                                                                               07-16-07 L
                                                                                                                                               113.77 AA
                                                                                                       BATCH 610 EDIT-SEQ 180380
08-07 08-13 1 72  1     1888.54         .00    370000.00   1888.54        .00        .00        .00        .00        .00        .00             1
                                                                                                      MPL-ID GLBL
                                                                                                                                               08-13-07 L
                                                                                                                                               113.77 AA
                                                                                                       BATCH 610 EDIT-SEQ 264177
09-07 09-14 1 72  1     1888.54         .00    370000.00   1888.54        .00        .00        .00        .00        .00        .00             1
                                                                                                      MPL-ID GLBL
                                                                                                                                               09-14-07 L
                                                                                                                                               113.77 AA
                                                                                                       BATCH 611 EDIT-SEQ 259350
10-07 10-15 1 72  1     1888.54         .00    370000.00   1888.54        .00        .00        .00        .00        .00        .00             1
                                                                                                      MPL-ID GLBL
                                                                                                                                               10-15-07 L
                                                                                                                                               113.77 AA
                                                                                                       BATCH 610 EDIT-SEQ 585046
11-07 11-21 1 72  1     1888.54         .00    370000.00   1888.54        .00        .00        .00        .00        .00        .00             1
                                                                                                      MPL-ID GLBL
                                                                                                                                               11-21-07 L
                                                                                                                                               113.77 AA
                                                                                                       BATCH 610 EDIT-SEQ 257284
12-07 12-13 1 72  1     1888.54         .00    370000.00   1888.54        .00        .00        .00        .00        .00        .00             1
                                                                                                      MPL-ID GLBL
                                                                                                                                               12-13-07 L
                                                                                                                                               113.77 AA
                                                                                                       BATCH 611 EDIT-SEQ 072181
REQ-BY TOTALS          22,662.48                           22,662.48                                                              .00          1,365.24
Y/E                                      .00                                 .00

OTHER AMOUNT CODES:
A=FHA-PENALTY    G=SER=INTEREST-PAID TO POOL   K=INT-DUE-PD           P=ACCRUED-IOE/IORE    U=REAPPLICATION-FEE    Y=HUD-FUND
B=BSC            H=FEE-AMT                     L=PD-THRU-DT           R=UE-INT-AMT          V=ESCROW-ADVANCE       Z=RESTRICTED-ESCROW
C=235-FEE        I=A-H-PD                      M=ADVANCE-EFF-DATE     S=CR-LIFE-AMT         W=SUSPENSE             DI=DEFERRED-INT-BAL
F=MISC           J=LIFE-PD                     N=ADVANCE-MEMO-AMT     T=ORIG-FEE-AMT        X=REPLACEMENT-RESERVE
AA=SER-FEE-PD    AB=DEFERRED-INT-PD            AC=LIFE-DEF-INT-PD     AD=CHECK-NO           AE=DEFERRED-INT-LTD-PD AF=LIFE-DEFERRED-INT-LTD-PD
AG=SUB-CODE      AJ=DEF-INT-ADJ-FLAG  AK=ADV-AMT-RECD  AL=TRAN-SOURCE  AM=IOC-SPEC-INT-PD  AN=NON-REC-CORP-ADV    AP=DATE-STAMP  AQ=TIME-
STAMP   AR=MTGR-REC-CORP-ADV   AS=PREV-POSTED   AT=3RD-REC-CORP-ADV   AY=ADJ YE 1098 IND   AZ=CHOICES-PD
FEE CODES:       1=LATE-CHARGE    2=BAD-CK-FEE   3=CHG-OWNER   $=ELOC-FEE
```

*2008* (handwritten)

```
I4811-721              METLIFE HOME LOANS              LOAN HISTORY Y-T-D INV 679 CAT 001 INV# 6790011291 T13 12/31/08
                                                                                                         PAGE   3901
LN#  [REDACTED]   MIKE A RICHARDSON      TAMIE S RICHARDSON                              ARM PLAN WC67
                                         746 BAILEY DR          GRANTS PASS      OR 975275302    EMP 0   P0F0

  1ST MTGE PRIN  2ND MTGE PRIN   ESC BAL    REST ESC    SUSPENSE    ADV BAL   REPL RES  HUD BAL   LC BAL    INT DUE    DUE DATE  HUD PRT OF M
     370,000.00           .00       .00         .00         .00        .00        .00      .00      .00        .00    02-01-09      .00 EW 4

   P & I 1ST    P&I 2ND    CO TAX   CITY TAX   HAZ INS    M I P     LIEN    BSC   A & H     LIFE      MISC    REP RES   TOT PAYMT   INT RATE DT BM
    1888.54        .00       .00       .00       .00       .00       .00    .00   .00 0    .00 0     .00 0     .00      1888.54    .0612500  1 9

   1ST ORIG MTG   2ND ORIG MTG       PRIN BAL BEG    INT IND   CAP FLAG   MTGR SSN     DEF INT BAL    PRIOR YR PPD INT    PPD INT IND   GPM ORG
       370,000            0             370,000.00                        544 88 9656      0.00                 0.00            0          0

  ASSUM-DT  XFER-DEED  FHA-SEC/NUM    LIP PAYOFF  FC-TRK-SW   YE-ACQ-RPT/DATE     SALE-ID  EXEMPT  PLGD-LN  PMT-OPT  CALC-METH  ELOC  BNKRPCY CH/DT
                        /00

  PMT PERIOD   1098-DET-HIST   POINTS-PAID/RPTG YR   SUPPR-MICR-STMT   DI-NOT-RPT-YR   REAS CAUS   RI-HDR-SW   1ST-DUE-DT    REO STAT/COMPL DT
       12                         1,387.50    06                                                                05-06

  IOE CREDIT YTD/W-H  SW/W-H  BALANCE    IORE CREDIT YTD/W-H  SW/W-H BALANCE   CONSTR CD    NO PURGE FLAG/YR    BNKRPT STAT   LAST DEF DUE
         .00                    .00            .00                     .00                                                     04-36

  REC CORP ADV BAL    3RD REC CORP ADV BAL    FORECL WKST CODE/REINSTATE DATE    INIT ESC STMT CODE / DATE    LOSS MIT STATUS/COMPL DATE
         .00                    .00

  DUE    PROC   TP  SQ    AMOUNT      PRINCIPAL   PRINCIPAL   INTEREST    ESCROW    ESCROW    ADVANCE   STATUS    STATUS    UNEARNED    OTHER   CFD
  DATE   DATE   TR  NO    RECEIVED    PAID        BALANCE     PAID        PAID      BALANCE   BALANCE   AMOUNT    BALANCE   INT-BAL.    AMOUNTS DCT
  BAL-FWD                                         370000.00                           .00       .00               .00         .00         .00
  01-08  01-16  1 52  1       .00        .00      370000.00       .00       .00       .00       .00       .00     .00         .00         .00
  01-08  01-18  1 72  1     1888.54       .00     370000.00     1888.54     .00       .00       .00       .00     .00         .00       94.43-  11
                                                                                                    MPL-ID GLBL                                    1
                                                                                                                                     01-18-08 L
                                                                                                                                     113.77 AA
                                                                                                    BATCH 610 EDIT-SEQ 242075
  02-08  02-04  1 72  1     1982.97       .00     370000.00     1888.54     .00       .00       .00       .00     .00         .00       94.43   11
                                                                                                    MPL-ID GLBL
                                                                                                                                     02-04-08 L
                                                                                                                                     113.77 AA
                                                                                                    BATCH 720 EDIT-SEQ 279799
  03-08  03-11  1 72  1     1888.54       .00     370000.00     1888.54     .00       .00       .00       .00     .00         .00               1
                                                                                                    MPL-ID GLBL
                                                                                                                                     03-11-08 L
                                                                                                                                     113.77 AA
                                                                                                    BATCH 610 EDIT-SEQ 075335
  04-08  04-04  1 72  1     1888.54       .00     370000.00     1888.54     .00       .00       .00       .00     .00         .00               1
                                                                                                    MPL-ID GLBL
                                                                                                                                     04-04-08 L
                                                                                                                                     113.77 AA
                                                                                                    BATCH 611 EDIT-SEQ 126608
  05-08  05-13  1 72  1     1888.54       .00     370000.00     1888.54     .00       .00       .00       .00     .00         .00               1
                                                                                                    MPL-ID GLBL
                                                                                                                                     05-13-08 L
                                                                                                                                     113.77 AA
                                                                                                    BATCH 611 EDIT-SEQ 069554
  06-08  06-13  1 72  1     1888.54       .00     370000.00     1888.54     .00       .00       .00       .00     .00         .00               1
                                                                                                    MPL-ID GLBL
                                                                                                                                     06-13-08 L
```

```
I4811-721                   METLIFE HOME LOANS                    LOAN HISTORY Y-T-D INV 679 CAT 001 INV# 6790011291 T13 12/31/08
LOAN-NO (CONT\D)                                                                                                        PAGE   3902

LN#                      MIKE A RICHARDSON            TAMIE S RICHARDSON                                            EMP 0    P0F0

 DUE   PROC   TP SQ   AMOUNT     PRINCIPAL  PRINCIPAL   INTEREST   ESCROW   ESCROW   ADVANCE  STATUS    STATUS   UNEARNED   OTHER   CFD
 DATE  DATE   TR NO   RECEIVED   PAID       BALANCE     PAID       PAID     BALANCE  BALANCE  AMOUNT    BALANCE  INT-BAL.   AMOUNTS DCT
                                                                                                                            113.77  AA
 07-08 07-16 1 52  1      .00        .00    370000.00       .00      .00      .00      .00  BATCH 611 EDIT-SEQ 318616
                                                                                               .00       .00       .00      94.43- 11
 07-08 07-18 1 72  1   1888.54       .00    370000.00   1888.54      .00      .00      .00     .00       .00       .00             1
                                                                                             MPL-ID GLBL
                                                                                                                 07-18-08 L
                                                                                                                 113.77   AA
                                                                                             BATCH 610 EDIT-SEQ 149274
 08-08 08-18 1 72  1   1982.97       .00    370000.00   1888.54      .00      .00      .00     .00       .00       .00      94.43  11
                                                                                             MPL-ID GLBL
                                                                                                                 08-18-08 L
                                                                                                                 113.77   AA
                                                                                             BATCH 720 EDIT-SEQ 384769
 09-08 09-15 1 72  1   1888.54       .00    370000.00   1888.54      .00      .00      .00     .00       .00       .00             1
                                                                                             MPL-ID GLBL
                                                                                                                 09-15-08 L
                                                                                                                 113.77   AA
                                                                                             BATCH 611 EDIT-SEQ 317072
 10-08 10-14 1 72  1   1888.54       .00    370000.00   1888.54      .00      .00      .00     .00       .00       .00             1
                                                                                             MPL-ID GLBL
                                                                                                                 10-14-08 L
                                                                                                                 113.77   AA
                                                                                             BATCH 610 EDIT-SEQ 146629
 11-08 11-17 1 72  1   1888.54       .00    370000.00   1888.54      .00      .00      .00     .00       .00       .00             1
                                                                                             MPL-ID GLBL
                                                                                                                 11-17-08 L
                                                                                                                 113.77   AA
                                                                                             BATCH 610 EDIT-SEQ 191060
 12-08 12-05 1 72  1   1888.54       .00    370000.00   1888.54      .00      .00      .00     .00       .00       .00             1
                                                                                             MPL-ID GLBL
                                                                                                                 12-05-08 L
                                                                                                                 113.77   AA
                                                                                             BATCH 610 EDIT-SEQ 191037
 01-09 12-29 1 72  1   1888.54       .00    370000.00   1888.54      .00      .00      .00     .00       .00       .00             1
                                                                                             MPL-ID GLBL
                                                                                                                 12-29-08 L
                                                                                                                 113.77   AA
                                                                                             BATCH 610 EDIT-SEQ 181181
 REQ-BY TOTALS        24,739.88                         24,551.02                               .00                        1,479.01
 Y/E                                 .00                              .00
```

OTHER AMOUNT CODES:
```
A=FHA-PENALTY     G=SER=INTEREST-PAID TO POOL    K=INT-DUE-PD           P=ACCRUED-IOE/IORE     U=REAPPLICATION-FEE     Y=HUD-FUND
B=BSC             H=FEE-AMT                      L=PD-THRU-DT           R=UE-INT-AMT           V=ESCROW-ADVANCE        Z=RESTRICTED-ESCROW
C=235-FEE         I=A-H-PD                       M=ADVANCE-EFF-DATE     S=CR-LIFE-AMT          W=SUSPENSE              DI=DEFERRED-INT-BAL
F=MISC            J=LIFE-PD                      N=ADVANCE-MEMO-AMT     T=ORIG-FEE-AMT         X=REPLACEMENT-RESERVE
AA=SER-FEE-PD     AB=DEFERRED-INT-PD             AC=LIFE-DEF-INT-PD     AD=CHECK-NO    AE=DEFERRED-INT-LTD-PD    AF=LIFE-DEFERRED-INT-LTD-PD
AG=SUB-CODE       AJ=DEF-INT-ADJ-FLAG   AK=ADV-AMT-RECD   AL=TRAN-SOURCE   AM=IOC-SPEC-INT-PD  AN=NON-REC-CORP-ADV  AP=DATE-STAMP  AQ=TIME-
STAMP   AR=MTGR-REC-CORP-ADV   AS=PREV-POSTED   AT=3RD-REC-CORP-ADV   AY=ADJ YE 1098 IND   AZ=CHOICES-PD
FEE CODES:        1=LATE-CHARGE    2=BAD-CK-FEE    3=CHG-OWNER    $=ELOC-FEE
```

*2009*

```
I4811-721              METLIFE HOME LOANS               LOAN HISTORY Y-T-D INV 679 CAT 001 INV# 6790011291 T13 12/31/09
                                                                                                              PAGE   4360
LN#    [REDACTED]    MIKE A RICHARDSON     TAMIE S RICHARDSON                                        ARM PLAN WC67
                                           746 BAILEY DR              GRANTS PASS     OR 975275302   EMP 0      P0F2

   1ST MTGE PRIN  2ND MTGE PRIN   ESC BAL      REST ESC     SUSPENSE    ADV BAL    REPL RES  HUD BAL   LC BAL   INT DUE   DUE DATE  HUD PRT OF M
      370,000.00            .00        .00          .00          .00   9,395.05         .00      .00   283.29       .00  07-01-09       .00 EW V

    P & I 1ST   P&I 2ND    CO TAX  CITY TAX   HAZ INS     M I P      LIEN     BSC   A & H    LIFE     MISC     REP RES   TOT PAYMT   INT RATE  DT BM
     1888.54       .00        .00       .00       .00       .00       .00     .00    .00 0    .00 0    .00 0     .00      1888.54    .0612500   1 9

    1ST ORIG MTG   2ND ORIG MTG      PRIN BAL BEG   INT IND  CAP FLAG  MTGR SSN       DEF INT BAL  PRIOR YR PPD INT  PPD INT IND  GPM  ORG
         370,000              0         370,000.00                     544 88 9656          0.00              0.00             0         0

        ASSUM-DT  XFER-DEED  FHA-SEC/NUM     LIP PAYOFF  FC-TRK-SW  YE-ACQ-RPT/DATE    SALE-ID  EXEMPT  PLGD-LN  PMT-OPT  CALC-METH  ELOC  BNKRPCY CH/DT
                                      /00

        PMT PERIOD  1098-DET-HIST   POINTS-PAID/RPTG YR   SUPPR-MICR-STMT  DI-NOT-RPT-YR  REAS CAUS  RI-HDR-SW  1ST-DUE-DT   REO STAT/COMPL DT
            12                         1,387.50     06                                                           05-06

        IOE CREDIT YTD/W-H  SW/W-H BALANCE    IORE CREDIT YTD/W-H  SW/W-H BALANCE    CONSTR CD    NO PURGE FLAG/YR    BNKRPT STAT    LAST DEF DUE
                        .00              .00                  .00              .00                                                        04-36

        REC CORP ADV BAL   3RD REC CORP ADV BAL   FORECL WKST CODE/REINSTATE DATE   INIT ESC STMT CODE / DATE   LOSS MIT STATUS/COMPL DATE
             1,817.50                       .00           A

 DUE    PROC   TP SQ    AMOUNT      PRINCIPAL   PRINCIPAL    INTEREST   ESCROW    ESCROW    ADVANCE   STATUS        STATUS     UNEARNED    OTHER    CFD
 DATE   DATE   TR NO    RECEIVED    PAID        BALANCE      PAID       PAID      BALANCE   BALANCE   AMOUNT        BALANCE    INT-BAL.    AMOUNTS  DCT
 BAL-FWD                                        370000.00                                     .00                      .00        .00         .00
 02-09  01-30   1 72  1    1888.54       .00    370000.00    1888.54       .00       .00      .00         .00          .00        .00                 1
                                                                                                      MPL-ID GLBL
                                                                                                                                          01-30-09  L
                                                                                                                                           113.77   AA
                                                                                                      BATCH 615   EDIT-SEQ 550109
 03-09  03-16   1 72  1    1888.54       .00    370000.00    1888.54       .00       .00      .00         .00          .00        .00                 1
                                                                                                      MPL-ID GLBL
                                                                                                                                          03-16-09  L
                                                                                                                                           113.77   AA
                                                                                                      BATCH 611   EDIT-SEQ 353626
 04-09  04-09   1 72  1    1888.54       .00    370000.00    1888.54       .00       .00      .00         .00          .00        .00                 1
                                                                                                      MPL-ID GLBL
                                                                                                                                          04-09-09  L
                                                                                                                                           113.77   AA
                                                                                                      BATCH 610   EDIT-SEQ 137245
 05-09  05-11   1 72  1    1888.54       .00    370000.00    1888.54       .00       .00      .00         .00          .00        .00                 1
                                                                                                      MPL-ID GLBL
                                                                                                                                          05-11-09  L
                                                                                                                                           113.77   AA
                                                                                                      BATCH 610   EDIT-SEQ 056161
 06-09  06-16   1 52  1        .00       .00    370000.00        .00       .00       .00      .00         .00          .00        .00      94.43-  11
 06-09  06-17   1 73  1      13.00       .00    370000.00        .00       .00       .00      .00         .00          .00        .00      13.00   M1
                                                                                                      BATCH 80D   EDIT-SEQ 284106
 06-09  06-17   1 73  2    1982.97       .00    370000.00    1888.54       .00       .00      .00         .00          .00        .00      94.43   11
                                                                                                                                          06-17-09  L
                                                                                                                                           113.77   AA
                                                                                                      BATCH 808   EDIT-SEQ 284324
 07-09  07-16   1 52  1        .00       .00    370000.00        .00       .00       .00      .00         .00          .00        .00      94.43-  11
 07-09  08-17   1 52  1        .00       .00    370000.00        .00       .00       .00      .00         .00          .00        .00      94.43-  11
```

```
I4811-721                    METLIFE HOME LOANS                    LOAN HISTORY Y-T-D INV 679 CAT 001 INV# 6790011291 T13 12/31/09
LOAN-NO (CONT\D)                                                                                                          PAGE    4361
LN#                 MIKE A RICHARDSON            TAMIE S RICHARDSON                                              EMP 0    P0F2

DUE   PROC  TP  SQ   AMOUNT     PRINCIPAL   PRINCIPAL   INTEREST   ESCROW     ESCROW    ADVANCE   STATUS      STATUS    UNEARNED    OTHER   CFD
DATE  DATE  TR  NO   RECEIVED   PAID        BALANCE     PAID       PAID       BALANCE   BALANCE   AMOUNT      BALANCE   INT-BAL.    AMOUNTS DCT
07-09 09-16 1 52 1      .00          .00    370000.00        .00        .00       .00       .00       .00         .00        .00     94.43- 11
00-00 11-09 6 31 1      .00 PROCES SAF   REASON INSP PROP INSPECTION    CORP:SEQ      PAYEE 29R34  ORIG PAY FC009798              15.00  AR
            CHECK #483088
10-09 11-18 3 12 1   CHECK #491846                                  20.14-    20.14-             PAYEE CD 36033
10-08 11-18 3 12 2   CHECK #491846                                4274.57-  4294.71-             PAYEE CD 36033
10-08 11-18 3 12 3   CHECK #491846                                 569.93-  4864.64-             PAYEE CD 36033
10-09 11-18 3 12 4   CHECK #491846                                4530.41-  9395.05-             PAYEE CD 36033
07-09 11-18 1 61 5   9395.05          .00   370000.00        .00  9395.05       .00   9395.05       .00         .00        .00             1
00-00 11-25 6 30 1      .00 PROCES N6R   REASON ATTY ATTORNEY FEES       CORP:SEQ      PAYEE 29R34  ORIG PAY FC000122            607.50  AR
            CHECK #512516
00-00 11-25 6 32 2      .00 PROCES N6R   REASON RECF RECORDING FEES      CORP:SEQ      PAYEE 29R34  ORIG PAY FC000122             90.00  AR
            CHECK #512544
00-00 11-25 6 32 3      .00 PROCES N6R   REASON TTSE TITLE SEARCH        CORP:SEQ      PAYEE 29R34  ORIG PAY FC000122           1090.00  AR
            CHECK #512544
00-00 11-30 6 31 1      .00 PROCES SAF   REASON INSP PROP INSPECTION     CORP:SEQ      PAYEE 29R34  ORIG PAY FC009798             15.00  AR
            CHECK #514617

REQ-BY TOTALS       18,945.18               9,442.70                                                             .00           2,116.06
Y/E                      .00                                     9,395.05

OTHER AMOUNT CODES:
A=FHA-PENALTY   G=SER=INTEREST-PAID TO POOL   K=INT-DUE-PD         P=ACCRUED-IOE/IORE    U=REAPPLICATION-FEE     Y=HUD-FUND
B=BSC           H=FEE-AMT                     L=PD-THRU-DT         R=UE-INT-AMT          V=ESCROW-ADVANCE        Z=RESTRICTED-ESCROW
C=235-FEE       I=A-H-PD                      M=ADVANCE-EFF-DATE   S=CR-LIFE-AMT         W=SUSPENSE              DI=DEFERRED-INT-BAL
F=MISC          J=LIFE-PD                     N=ADVANCE-MEMO-AMT   T=ORIG-FEE-AMT        X=REPLACEMENT-RESERVE
AA=SER-FEE-PD   AB=DEFERRED-INT-PD            AC=LIFE-DEF-INT-PD   AD=CHECK-NO   AE=DEFERRED-INT-LTD-PD   AF=LIFE-DEFERRED-INT-LTD-PD
AG=SUB-CODE     AJ=DEF-INT-ADJ-FLAG  AK=ADV-AMT-RECD  AL=TRAN-SOURCE  AM=IOC-SPEC-INT-PD  AN=NON-REC-CORP-ADV  AP=DATE-STAMP  AQ=TIME-
STAMP  AR=MTGR-REC-CORP-ADV  AS=PREV-POSTED  AT=3RD-REC-CORP-ADV  AY=ADJ YE 1098 IND  AZ=CHOICES-PD
FEE CODES:      1=LATE-CHARGE   2=BAD-CK-FEE   3=CHG-OWNER   $=ELOC-FEE
```

Case 1:10-cv-03073-PA   Document 27-3   Filed 09/29/10   Page 9 of 11   Page ID#: 269

```
P309 LN                                                              08-30-10
NAME MA RICHARDS                MORTGAGE LOAN HISTORY
BR EW MAN V P-TYPE 1 INT .061250 FIRST PB    370,000.00  2ND PB          .00
HUD      .00 NET   1888.54 SF  .00369000 SUSP           .00 STOP D B P F N A D L
REP      .00 RES         .00                                  V 0 0 2 0 0 0 7
                                         INV-LN 679-001-6790011291 DUE 07-01-09  TYPE 13-A
APP        04-27          03-30             03-26             11-30             11-25
DUE        00-00          00-00             00-00             00-00             00-00
TYPE/TRAN  6   31         6   33            6   31            6   31            6   32
AMOUNT            .00              .00               .00               .00               .00
PRIN-PD           .00              .00               .00               .00               .00
PRIN-BAL   370,000.00     370,000.00        370,000.00        370,000.00        370,000.00
INT-PD            .00              .00               .00               .00               .00
INT-PD            .00              .00               .00               .00               .00
ESC-PD            .00              .00               .00               .00               .00
ESC-BAL           .00              .00               .00               .00               .00
A&H-INS           .00              .00               .00               .00               .00
LIFE-INS          .00              .00               .00               .00               .00
LC/FEES           .00              .00               .00               .00               .00
MISC-PD           .00              .00               .00               .00               .00
ADV-BAL    9,395.05       9,395.05           9,395.05          9,395.05          9,395.05
SUSP              .00              .00               .00               .00               .00
SC/PAYEE  FC009798       FC010826           FC009798          FC009798          FC000122

PAGE 002 OF 004      TOTAL TRANS AVAILABLE 0020   OLDEST TRAN 08-17-09 /P
```

```
Date: 8/31/2010  Time: 1:57:32 PM                                              Page: 1  Document Name: untitled

P309 LN                                    MORTGAGE LOAN HISTORY                                        08-30-10
NAME MA RICHARDS                           INV-LN 679-001-6790011291  DUE 07-01-09  TYPE 13-A
BR EW MAN V P-TYPE 1 INT .062500 FIRST PB     370,000.00  2ND PB              .00
HUD      .00  NET    1888.54  SF .00369000 SUSP           .00  STOP D B P F N A D L
REP      .00  RES         .00                                  V 0 0 2 0 0 0 7

APP          08-24        08-23        07-28        06-29        05-26
DUE          00-00        00-00        00-00        00-00        00-00
TYPE/TRAN     6   31       6   33       6   31       6   31       6   31
AMOUNT          .00          .00          .00          .00          .00
PRIN-PD         .00          .00          .00          .00          .00
PRIN-BAL  370,000.00   370,000.00   370,000.00   370,000.00   370,000.00
INT-PD          .00          .00          .00          .00          .00
ESC-PD          .00          .00          .00          .00          .00
ESC-BAL         .00          .00          .00          .00          .00
A&H-INS         .00          .00          .00          .00          .00
LIFE-INS        .00          .00          .00          .00          .00
LC/FEES         .00          .00          .00          .00          .00
MISC-PD         .00          .00          .00          .00          .00
ADV-BAL     9,395.05     9,395.05     9,395.05     9,395.05     9,395.05
SUSP            .00          .00          .00          .00          .00
SC/PAYEE   FC009798     FC010826     FC009798     FC009798     FC009798

PAGE 001 OF 004   TOTAL TRANS AVAILABLE 0020   OLDEST TRAN 08-17-09 /P
```