EXHIBIT D



**Borrower**
# Settlement Statement
Folder Number: 26-48832

Settlement Date 04/18/05                                                                 Estimated

| | |
|---|---|
| Name and Address of Borrower(s). | Mike A. Richardson and Tamie S Richardson<br>1429 Golden Park Dr<br>Grants Pass, OR 97527 |
| Property Location(s). | 746 Bailey Drive<br>Grants Pass, OR 97527 |
| Settlement Agent | Ticor Title<br>744 NE 7th Street<br>PO Box 1960 Grants Pass, OR 97526-0167 |

I CERTIFY THAT THIS IS AN EXACT COPY OF THE ORIGINAL DOCUMENT ACCORDING TO OUR FILE
BY _____

| Description | (POC) | Borrower Debit | Borrower Credit |
|---|---|---|---|
| **NEW LOAN(S)** | | | |
| First Horizon Home Loan Corporation | | | 370,000.00 |
| **ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | |
| Loan Origination @ 1% | | 3,700.00 | |
|   to Action Brokerage Services | | | |
| Appraisal Fee | | 800.00 | |
|   to Action Brokerage Services | | | |
| Credit Report | | 18.00 | |
|   to Action Brokerage Services | | | |
| Admin Fee | | 695.00 | |
|   to First Horizon Home Loan Corporation | | | |
| Construction Hold back | | 224,365.36 | |
|   to First Horizon Home Loan Corporation | | | |
| Additional hold for FHHLC | | 33,000.00 | |
|   to First Horizon Home Loan Corporation | | | |
| Wire Fee | | 50.00 | |
|   to First Horizon Home Loan Corporation | | | |
| Tax Service Fee | | 90.00 | |
|   to Total Mortgage Sol | | | |
| Flood Determination | | 24.00 | |
|   to Federal Flood | | | |
| Appraisal Review Fee | | 65.00 | |
|   to First Horizon Home Loan Corporation | | | |
| Processing Fee | | 395.00 | |
|   to Action Brokerage Services | | | |
| Overnight Postage | | 25.00 | |
|   to Action Brokerage Services | | | |
| Builders soft cost draw | | 9,465.00 | |
|   to Systems Inc | | | |
| Title Updates | | 100.00 | |
|   to First Horizon Home Loan Corporation | | | |
| Inspections | | 600.00 | |
|   to First Horizon Home Loan Corporation | | | |
| Modification Fee | | 100.00 | |
|   to First Horizon Home Loan Corporation | | | |
| Lender Credit towards closing costs | | | 937.50 |
|   to First Horizon Home Loan Corporation | | | |
| **ITEMS PAID IN ADVANCE** | | | |
| Haz Ins Premium 1 Year | | 867.43 | |
|   to Farmers Insurance | | | |
| **PAYOFF(S)** | | | |
| First Horizon Home Loan Corporation | | 94,275.21 | |
|   Principal    $93,750.00 | | | |
|   Interest    $514.97 | | | |
|     to 03/08/05 | | | |
|   Interest    $100.24 | | | |
|     03/08/05 to 03/15/05 (7 days) | | | |
|     @ 14.320000/day | | | |
|   Refund Tax Service Fee    -$90.00 | | | |
|     to First Horizon Home Loan Corporation | | | |

Page. 1

| Settlement Date: 04/18/05 | Borrower Settlement Statement | | Folder No.: 26-48832 | |
|---|---|---|---|---|
| Description | | (POC) | Borrower Debit | Borrower Credit |
| **TITLE CHARGES** | | | | |
| Refinance Escrow Fee | | | 470.00 | |
| to Ticor Title | | | | |
| Title Insurance | | | | |
| (includes: Title Examination, Document Preparation) | | | | |
| Ext Loan Policy Bldr-Dev | | | 1,035.50 | |
| Coverage | $370,000.00 | | | |
| Premium | $1,035.50 | | | |
| to Ticor Title | | | | |
| Extended Coverage En | | | 50.00 | |
| to Ticor Title | | | | |
| Environmental Protec. | | | | |
| to Ticor Title | | | | |
| Location of Improvem | | | | |
| to Ticor Title | | | | |
| Elimination of Excep | | | 50.00 | |
| to Ticor Title | | | | |
| Elimination of Excep | | | 50.00 | |
| to Ticor Title | | | | |
| Inspection Fee | | | 75.00 | |
| to Ticor Title | | | | |
| Municipal Lien Searc | | | 25.00 | |
| to Ticor Title | | | | |
| Wire Fee (Incoming) | | | 15.00 | |
| to Ticor Title | | | | |
| Overnight Postage Fee | | | 30.00 | |
| to Ticor Title | | | | |
| Digital Document Fee | | | 25.00 | |
| to Ticor Title | | | | |
| **GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | | |
| Recording Fee | | | | |
| Mortgage. | | | 111.00 | |
| Record Well Agreement. | | | 21.00 | |
| to Ticor Title | | | | |
| Record Modification Agreement | | | 41.00 | |
| to Ticor Title | | | | |
| Record Completion Notice | | | 21.00 | |
| to Ticor Title | | | | |
| **ADDITIONAL SETTLEMENT CHARGES** | | | | |
| Deposit - adjusted at close | | | 50.00 | |
| to Ticor Title | | | | |
| Release Fee | | | 116.00 | |
| to Oregon Tracking and Reconveyance Services | | | | |
| Irrigation | | | 117.00 | |
| to Grants Pass Irrigation District | | | | |
| **Due From Borrower** | | | 370,937.50 | |
| **Total Paid By/For Borrower** | | | | 370,937.50 |

```
Due From Borrower        370,937.50
Total Paid By/For Borrower   370,937.50
                                  0.00
```

Mike A. Richardson

Tamie S. Richardson

TICOR TITLE
BY _____

Page 2

## ADDENDUM TO HUD-1

**BUYERS/BORROWERS:**
   Mike A Richardson and Tamie S Richardson

**LOAN NUMBER:** ▮
**ESCROW NUMBER:** 26-48832
**PROPERTY ADDRESS:** 746 Bailey Drive, Grants Pass, OR 97527

I HAVE CAREFULLY REVIEWED THE HUD-1 SETTLEMENT STATEMENT AND TO THE BEST OF MY KNOWLEDGE AND BELIEF, IT IS A TRUE AND ACCURATE STATEMENT OF ALL RECEIPTS AND DISBURSEMENTS MADE ON MY ACCOUNT OR BY ME IN THIS TRANSACTION I FURTHER CERTIFY THAT I HAVE RECEIVED A COPY OF THE HUD-1 SETTLEMENT STATEMENT.

Dated This 12 day of April, 2005

_____    _____
Mike A. Richardson                Tamie S. Richardson

TO THE BEST OF MY KNOWLEDGE, THE HUD-1 SETTLEMENT STATEMENT WHICH I HAVE PREPARED IS A TRUE AND ACCURATE ACCOUNT OF THE FUNDS WHICH WERE RECEIVED AND OR WILL BE DISBURSED BY THE UNDERSIGNED AS PART OF THE SETTLEMENT OF THIS TRANSACTION

Dated This 12 day of April, 2005

_____
Arinda L Craig, Escrow Officer
TICOR TITLE

WARNING IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THIS OR ANY OTHER SIMILAR FORM PENALTIES UPON CONVICTION CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS, SEE TITLE 18 U S. CODE SECTION 1001 AND SECTION 1010