Holger Uhl [OSB#950143]
**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045
Attorneys for First Horizon Home Loan Corporation

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## MEDFORD DIVISION

| | |
|---|---|
| TAMIE RICHARDSON,<br><br>                              Plaintiff,<br><br>vs.<br><br>First Horizon Home Loan Corporation,<br><br><br><br>                              Defendants. | Case No. 10-03073<br><br><br>**AFFIDAVIT OF HOLGER UHL** |

STATE OF OREGON          )
                                              ) ss.
COUNTY OF MARION        )

I, Holger Uhl, having been first duly sworn upon oath, depose and state:

1. The statements contained herein are made of my own personal knowledge and are true and correct to the best of my belief and information.

2. I make this affidavit in support of Defendants Motion to Dismiss in the event that the court will treat said motion as a summary judgment motion

3. I am attorney for the Plaintiff in the above-captioned matter.

4. Attached hereto certified copies of the following public records documents obtained by affiant:

| Exhibit A | Deed of Trust |
|---|---|
| Exhibit B | Loan Modification |

Notice of Appearance - 1

**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045

| Exhibit C | Assignment of Deed of Trust |
| Exhibit D | Appointment of Successor Trustee |
| Exhibit E | Notice of Default |
| Exhibit F | Recorded Proof of Compliance |

I declare under the laws of the State of Oregon that the foregoing is true and correct. This affidavit was executed on this 29 day of September, 2010 in.

/s/ Holger Uhl

_____

Subscribed and sworn to before me this _____ day of _____2010.

_____
Notary Public
Residing at:_____
My Commission expires:_____

Notice of Appearance - 2

**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on  August 29, 2010, I served a copy of the foregoing on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing:

- 

Additionally, a copy of the foregoing was served on the following parties by first class mail, postage prepaid, addressed to:

**Tamie Richardson**
746 Bailey Drive
Grants Pass, OR 97527

*/s/ Holger Uhl*

_____

Holger Uhl

Notice of Appearance - 3

**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045