Holger Uhl [OSB#950143]
**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045
Attorneys for First Horizon Home Loan Corporation

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## MEDFORD DIVISION

| TAMIE RICHARDSON, | Case No. 10-03073 |
|---|---|
| Plaintiff, | |
| vs. | |
| First Horizon Home Loan Corporation, | **AMENDED AFFIDAVIT OF HOLGER UHL** |
| Defendants. | |

STATE OF OREGON            )
                           ) ss.
COUNTY OF _____        )

I, Holger Uhl, having been first duly sworn upon oath, depose and state:

1. The statements contained herein are made of my own personal knowledge and are true and correct to the best of my belief and information.

2. I make this affidavit in support of Defendants Motion to Dismiss in the event that the court will treat said motion as a summary judgment motion

3. I am attorney for the Plaintiff in the above-captioned matter.

4. Attached to the original of this affidavit are the following public records documents obtained by affiant and certified by the Josephine County Recorder to be correct copies of the original:

| Exhibit A | Deed of Trust |
|---|---|

Affidavit- 1

**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045

| Exhibit B | Loan Modification |
|---|---|
| Exhibit C | Assignment of Deed of Trust |
| Exhibit D | Appointment of Successor Trustee |
| Exhibit E | Notice of Default |
| Exhibit F | Recorded Proof of Compliance |

I declare under the laws of the State of Oregon that the foregoing is true and correct. This affidavit was executed on this __4__ day of October, 2010.

/s/ Holger Uhl
_____

Subscribed and sworn to before me this __4__ day of __October__ 2010.
__Jami Duhrkoop__
Notary Public   Commission No: 429372
Residing at: __Hillsboro__
My Commission expires: __5/28/ 2012__

Affidavit- 2

**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 4, 2010, I served a copy of the foregoing on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing:

- 

Additionally, a copy of the foregoing was served on the following parties by first class mail, postage prepaid, addressed to:

**Tamie Richardson**
746 Bailey Drive
Grants Pass, OR 97527

/s/
_____
Holger Uhl

Affidavit- 3

**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045