Holger Uhl [OSB#950143]
**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045
Attorneys for First Horizon Home Loan Corporation

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## MEDFORD DIVISION

| | |
|---|---|
| TAMIE RICHARDSON, | Case No. 10-03073 |
| Plaintiff, | |
| vs. | |
| First Horizon Home Loan Corporation, | **AMENDED AFFIDAVIT OF HOLGER UHL** |
| Defendants. | |

STATE OF OREGON     )
                    ) ss.
COUNTY OF _____   )

I, Holger Uhl, having been first duly sworn upon oath, depose and state:

1. The statements contained herein are made of my own personal knowledge and are true and correct to the best of my belief and information.

2. I make this affidavit in support of Defendants Motion to Dismiss in the event that the court will treat said motion as a summary judgment motion

3. I am attorney for the Plaintiff in the above-captioned matter.

4. Attached to the original of this affidavit are the following public records documents obtained by affiant and certified by the Josephine County Recorder to be correct copies of the original:

| Exhibit A | Deed of Trust |
|---|---|

Notice of Appearance - 1
Affidavit

McCarthy & Holthus LLP
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045

| Exhibit B | Loan Modification |
|---|---|
| Exhibit C | Assignment of Deed of Trust |
| Exhibit D | Appointment of Successor Trustee |
| Exhibit E | Notice of Default |
| Exhibit F | Recorded Proof of Compliance |

I declare under the laws of the State of Oregon that the foregoing is true and correct. This affidavit was executed on this __4__ day of October, 2010.

Subscribed and sworn to before me this __4th__ day of __October__ 2010.

Notary Public
Residing at: US Bank, Hillsboro Or
My Commission expires: May 28, 2012



OFFICIAL SEAL
JAMI DUHRKOOP
NOTARY PUBLIC-OREGON
COMMISSION NO. 429372
MY COMMISSION EXPIRES MAY 28, 2012

Notice of Appearance - 2

McCarthy & Holthus LLP
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 6, 2010, I served a copy of the foregoing on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing:

- 

Additionally, a copy of the foregoing was served on the following parties by first class mail, postage prepaid, addressed to:

**Tamie Richardson**
746 Bailey Drive
Grants Pass, OR 97527

/s/
_____
Holger Uhl

Notice of Appearance - 3

McCarthy & Holthus LLP
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045

**RECORDING REQUESTED BY**
**FIRST AMERICAN TITLE INSURANCE COMPANY**

Appointment of
Successor Trustee

RE: Trust Deed From
**MIKE A RICHARDSON & TAMIE S RICHARDSON**

Grantor
To
**FIRST AMERICAN TITLE INSURANCE COMPANY**

Successor Trustee

After recording return to (Name, Address, Zip):
Quality Loan Service Corp.
2141 5th Avenue
San Diego, CA 92101

TS No: OR-09-320893-SH



JOSEPHINE COUNTY OFFICIAL RECORDS
ART HARVEY, COUNTY CLERK  **2009-017906**
MTG-AST
Cnt=1 Pgs=2 Stn=4 RECEIPTS  11/16/2009 03:57 PM
$10.00 $11.00 $15.00 $4.00         Total:$40.00

00239623200900179060020028

I, Art Harvey, County Clerk, certify that the within document was received and duly recorded in the official records of Josephine County.

KNOW ALL BY THESE PRESENTS that **MIKE A RICHARDSON & TAMIE S RICHARDSON** is the grantor, **TICOR TITLE INSURANCE COMPANY** is the trustee, and **FIRST HORIZON HOME LOAN CORPORATION** is the beneficiary under that certain deed dated **4/8/2005**, recorded **4/15/2005**, in book No. **xxx** at page **xxx**, and/or as fee/file/instrument/microfilm/reception No. **2005-008429 and loan modification dated 3/24/2006 and recorded on 3/29/2006 as Instrument Number 2006-006558, in Book , Page** of the records of **JOSEPHINE, OR**.

The undersigned, who is the present beneficiary under the trust deed, desires to appoint a new trustee in the place and stead of the original trustee named above.

NOW, THEREFORE, the undersigned hereby appoints **FIRST AMERICAN TITLE INSURANCE COMPANY** as successor trustee under the trust deed, to have all the power of the original trustee, effective immediately.

In construing this instrument, and whenever the context so requires, the singular includes the plural.

IN WITNESS WHEREOF, the undersigned beneficiary has executed this document. If the undersigned is a corporation, it has caused its name to be signed and its seal, if any, affixed by an officer or other person duly authorized to do so by order of its board of directors.



Appointment of Successor Trustee- OR
TS # OR-09-320893-SH
Page 2

Dated: 10/16/2009

The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the holders of the Certificates, First Horizon Mortgage Pass-Through Certificates Series FHAMS 2006-AA3, by First Horizon Home Loans, a division of First Tennessee Bank National Association, Master Servicer, in its capacity as agent for the Trustee under the Pooling and Servicing Agreement

By: _____
Wanda Collier
Assistant Vice President

State of Texas )
) ss.
County of Dallas )

On 11/5/09 before me, _____ Notary Public, personally appeared Wanda Collier
Assistant Vice President personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.    (Seal)

Signature _____

RANDOLPH BOYD, JR.
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 01-07-2010

2009-017906