



EXHIBIT D

**RECORDING REQUESTED BY**
**FIRST AMERICAN TITLE INSURANCE COMPANY**

Appointment of
Successor Trustee

RE: Trust Deed From
**MIKE A RICHARDSON & TAMIE S**
**RICHARDSON**
_____ Grantor
To
**FIRST AMERICAN TITLE INSURANCE**
**COMPANY**
_____ Successor Trustee

After recording return to (Name, Address, Zip):
**Quality Loan Service Corp.**
**2141 5th Avenue**
**San Diego, CA 92101**

TS No: **OR-09-320893-SH**



JOSEPHINE COUNTY OFFICIAL RECORDS
ART HARVEY, COUNTY CLERK  **2009-017906**
MTG-AST
Cnt=1  Pgs=2  Stn=4  RECEIPTS  11/16/2009 03:57 PM
$10.00 $11.00 $15.00 $4.00          Total:$40.00

0023962320090017906020028

I, Art Harvey, County Clerk, certify that the within document was received and duly recorded in the official records of Josephine County.

KNOW ALL BY THESE PRESENTS that **MIKE A RICHARDSON & TAMIE S RICHARDSON** is the grantor, **TICOR TITLE INSURANCE COMPANY** is the trustee, and **FIRST HORIZON HOME LOAN CORPORATION** is the beneficiary under that certain deed dated **4/8/2005**, recorded **4/15/2005**, in book No. **xxx** at page **xxx**, and/or as fee/file/instrument/microfilm/reception No. **2005-008429** and loan modification dated **3/24/2006 and recorded on 3/29/2006 as Instrument Number 2006-006558, in Book , Page** of the records of **JOSEPHINE, OR**.

The undersigned, who is the present beneficiary under the trust deed, desires to appoint a new trustee in the place and stead of the original trustee named above.

NOW, THEREFORE, the undersigned hereby appoints **FIRST AMERICAN TITLE INSURANCE COMPANY** as successor trustee under the trust deed, to have all the power of the original trustee, effective immediately.

In construing this instrument, and whenever the context so requires, the singular includes the plural.

IN WITNESS WHEREOF, the undersigned beneficiary has executed this document. If the undersigned is a corporation, it has caused its name to be signed and its seal, if any, affixed by an officer or other person duly authorized to do so by order of its board of directors.



Appointment of Successor Trustee- OR
TS # OR-09-320893-SH
Page 2

Dated: 10/16/2009

The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the holders of the Certificates, First Horizon Mortgage Pass-Through Certificates Series FHAMS 2006-AA3, by First Horizon Home Loans, a division of First Tennessee Bank National Association, Master Servicer, in its capacity as agent for the Trustee under the Pooling and Servicing Agreement

By: Wanda Collier

Assistant Vice President

State of **Texas**                    )
                                       ) ss.
County of **Dallas**                  )

On **11/5/09** before me _____ Notary Public, personally appeared  Wanda Collier
**Assistant Vice President** personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.                    (Seal)

Signature _____

RANDOLPH BOYD, JR.
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 01-07-2010

2009-017906