FILED'10 OCT 7 13:21 USDC-ORM

Tamie Richardson

746 Bailey Drive

Grants Pass, Oregon  95727

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| **Tamie Richardson** | Case # <u>10-3073</u> |
|---|---|
| Plaintiff, | **PLAINTIFFS** |
| vs. | **MOTION FOR CONTINUANCE** |
| **First Horizon Home Loans Corp** | |
| Defendant | |

Comes now Plaintiff Tamie Richardson requesting a continuance for the Trial Management Order filed September 7, 2010 ordering pretrial materials due by October 8, 2010 and also pretrial conference scheduled for October 18, 2010 at 3:00pm before Judge Panner.

### Reason

The court has yet to respond to motions filed by the Plaintiff in regards to said hearing, and requests a 14 days continuance to give the court sufficient time to respond to Plaintiffs request.

### Prayer

Due to the extension of time granted to the Defendant to Answer the Original Petition, Plaintiff respectfully requests a continuance of 14 days so she may properly prepare as the Defendants answer was filed September 29, 2010 and additional affidavits were just filed on October 4 and October 5, 2010.

Respectfully Submitted,

*Tamie Richardson*

Tamie Richardson


### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and exact copy of the above has been furnished by U.S. Mail on this _____ 7th _____ day of October, 2010 to the following:

Mr Holger Uhl

McCarthy & Holthus, LLP

19735 10th Avenue NE< Ste N200

Poulsbo, WA  98370

Attorneys for First Horizona Home Loan Corp


**Tamie Richardson**