Holger Uhl [OSB#950143]
**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045
Attorneys for First Horizon Home Loan Corporation

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## MEDFORD DIVISION

| | |
|---|---|
| TAMIE RICHARDSON,<br><br>                              Plaintiff,<br><br>vs.<br><br>First Horizon Home Loan Corporation,<br><br><br><br>                              Defendants. | Case No. 10-03073<br><br><br>**RESPONSE TO MOTION FOR CONTINUANCE.** |

Comes now Defendant First Horizon Home Loan Corporation and responds to Plaintiff's Motion for Continuance:

1. Defendant has no objection to extending the due date for pre trial materials and hereby joins Plaintiff in said motion.
2. With respect to the remainder of Plaintiff's motion, Defendant believes that the best course of action would be to continue the trial date and instead set a date to hear the parties motions.

DATED October 7, 2010

                                  McCarthy & Holthus, LLP
                                      */s/ Holger Uhl*
                        By_____
                                  Holger Uhl, Of the Firm
                                  Attorneys for First Horizon Home Loan Corporation

**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 7, 2010, I served a copy of the foregoing on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing:

- 

Additionally, a copy of the foregoing was served on the following parties by first class mail, postage prepaid, addressed to:

**Tamie Richardson**
746 Bailey Drive
Grants Pass, OR 97527

*/s/ Holger Uhl*
_____
Holger Uhl

response - 2

**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045