Holger Uhl [OSB#950143]
**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045
Attorneys for First Horizon Home Loan Corporation

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## MEDFORD DIVISION

| | |
|---|---|
| TAMIE RICHARDSON,<br><br>                                    Plaintiff,<br><br>vs.<br><br>First Horizon Home Loan Corporation,<br><br><br><br>                                    Defendants. | Case No. 10-03073<br><br><br>**MOTION TO CONTINUE TRIAL DATE** |

Comes now Defendant First Horizon Home Loan Corporation and moves to have the trial set for October 26, 2010 continued to a later date for the following reasons:

Upon review of Plaintiffs latest pleadings it has become apparent that there is confusion on part of the Plaintiff as to the subjects to be tried.  This confusion is shared by Defendant to the extent that Plaintiff's pleadings remain unclear to Defendant and that Plaintiff appears to raise new or different issues in her latest pleadings.  Under the circumstances it is difficult if not impossible for Defendant to determine what evidence it will need to present in the form of documents and witnesses.  Plaintiff believes it may need to locate, present and schedule additional unanticipated witnesses, if the matter is tried.

Defendant therefore requests that the court reschedule the trial date and reset related deadlines accordingly and instead set Defendant's motion for summary judgment for hearing to determine what if

Motion for Continuance - 1

**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045

any issues remain to be tried.  In the alternative, Defendant requests that the court order that the Defendant make its pleadings more definite by filing an amended complaint within a reasonable period of time.

Counsel for Defendant attempted to contact Plaintiff to determine if this motion is unopposed prior to filing this motion, but has not heard back from Plaintiff.

DATED October 8, 2010

                              McCarthy & Holthus, LLP
                              */s/ Holger Uhl*
                        By_____
                              Holger Uhl, Of the Firm
                              Attorneys for First Horizon Home Loan Corporation

Motion for Continuance - 2

**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 8, 2010, I served a copy of the foregoing on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing:

- 

Additionally, a copy of the foregoing was served on the following parties by first class mail, postage prepaid, addressed to:

**Tamie Richardson**
746 Bailey Drive
Grants Pass, OR 97527

*/s/ Holger Uhl*

_____

Holger Uhl

Motion for Continuance - 3

**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045