FILED'10 OCT 25 11:29 USDC-ORM

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

TAMIE RICHARDSON,

        Plaintiff,        Civ. No. 10-3073-PA

**ORDER**

   v.

FIRST HORIZON HOME LOAN CORP.,

        Defendant.

---

**PANNER, J.**

    Defendant requests an extension of the trial date. Plaintiff does not oppose an extension.

    I extend the deadline for filing pretrial materials to December 20, 2010. The pretrial conference is reset to December 27, 2010, at 1:30 p.m. Trial is reset to January 4, 2011, at 9:00 a.m., in Medford.

    The court's guidelines for filing trial documents remain as set by the trial management order. The preliminary injunction

1   - ORDER


currently in effect is extended until January 10, 2011.

    IT IS SO ORDERED.

DATED this _25_ day of October, 2010.

                        /s/ Owen M. Panner
                        OWEN M. PANNER
                        U.S. DISTRICT JUDGE