Holger Uhl [OSB#950143]
**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045
Attorneys for First Horizon Home Loan Corporation

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## MEDFORD DIVISION

| | |
|---|---|
| TAMIE RICHARDSON,<br><br>                              Plaintiff,<br><br>vs.<br><br>First Horizon Home Loan Corporation,<br><br>                              Defendants. | Case No. 10-03073<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for First Horizon Home Loan Corporation, certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceed.

1. First Horizon Home Loans and First Horizon Home Loan Corporation, divisions of First Tennessee Bank National Association, which is a federally chartered national bank, as servicers

2. Met Life Home Loans, a division of MetLife Bank, N.A., which is a federally chartered national bank, as sub-servicer

Disclosure Statement - 1

**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045

3. Bank of New York, as Trustee for the securitization trust holding the beneficial interest of the promissory note.

4. First American Title Insurance Company, solely as successor trustee under the Deed of Trust dated, April 8, 2005 and recorded April 15, 2005 as Instrument No. 2005-008429, records of Josephine County, Oregon, as modified by Instrument No. 2006-006558. A copy of the Deed of Trust and Appointment of Successor Trustee is attached.

5. Quality Loan Service Corp., as agent for First American Title Insurance Company for purposes of foreclosure of said Deed of Trust.

DATED August 25, 2010

        McCarthy & Holthus, LLP
         */s/ Holger Uhl*
        By_____
         Holger Uhl, Of the Firm
         Attorneys for First Horizon Home Loan Corporation

Disclosure Statement - 2

**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 25, 2010, I served a copy of the foregoing on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing:

- 

Additionally, a copy of the foregoing was served on the following parties by first class mail, postage prepaid, addressed to:

**Tamie Richardson**
746 Bailey Drive
Grants Pass, OR 97527

*/s/ Holger Uhl*
_____
Holger Uhl

Disclosure Statement - 3

**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045