FILED 10 OCT 29 9:38USDC-ORM

Tamie Richardson
746 Bailey Drive
Grants Pass OR  97527

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

| | |
|---|---|
| **Tamie Richardson**<br><br>Plaintiff,<br><br>vs.<br><br>**First Horizon Home Loan Corp**<br><br>Defendant | Case #  **10-3073**<br><br><br>PLAINTIFS MOTION TO EXTEND TIME TO FILE OPPOSITION TO SUMMARY JUDGEMENT AND RESPONSE TO DEFENDANTS CONCISE STATEMENT OF MATERIAL FACTS |

Date: October 29, 2010

## MOTION TO EXTEND TIME FOR FILING

(1) Pursuant to F.R.C.P. 12(6)(1)(b) Plaintiff hereby moves this court for an ORDER to extend, for an additional 30 days, the time for filing Plaintiffs required response to Defendants Motion for Summary Judgment and Concise Statement of Material Facts.

(2) Plaintiffs have been attempting to move forward with discovery and answer the Defendants motions however, counsel has blocked all attempts continually citing that the discovery deadline was October 4, 2010, as stated in the Trial Management Order (doc #16) and that no further discovery can be done.

(3) Plaintiff has, this date, also filed a separate Motion for Re-clarification of the Trial Management Order (doc #16). It appears to Plaintiff that the discovery deadline conflicts with the most recent ORDER, dated and filed on October 25, 2010. In that ORDER, the

deadline for filing pretrial materials was moved to December 20, 2010, pretrial conference to December 27, 2010 and trial to January 4, 2011.

Respectfully,

*Tamie Richardson*
Tamie Richardson

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and exact copy of the above has been furnished by U.S. Mail on this 29th day of October, 2010 to the following:

Mr Holger Uhl
McCarthy & Holthus, LLP
19735 10th Avenue NE, Ste N200
Poulsbo, WA  98370
    Attorneys for First Horizona Home Loan Corp

*Tamie Richardson*
Tamie Richardson