Holger Uhl [OSB#950143]
**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045
Attorneys for First Horizon Home Loan Corporation

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
MEDFORD DIVISION**

| | |
|---|---|
| TAMIE RICHARDSON,<br><br>                              Plaintiff,<br><br>vs.<br><br>First Horizon Home Loan Corporation,<br><br><br><br>                              Defendants. | Case No. 10-03073<br><br><br><br>**MOTION TO COMPEL DISCOVERY**<br>Pursuant to Fed. R. Civ. P. 37<br>**ORAL ARGUMENT REQUESTED** |

**CERTIFICATE OF COMPLIANCE WITH LR 7.1**

Counsel for Defendant certifies that he has conferred in good faith with Plaintiff regarding the issues presented by this motion. Plaintiff has made any communication with Defendant extremely difficult, since Plaintiff refuses to communicate orally, and even communications by email take a day before any response. It appears that Plaintiff relies on undisclosed legal advisors. The parties were unable to resolve the issues addressed in this motion during conferral.

**MOTION**

Pursuant to Rule 37, Defendant respectfully moves the Court for an order compelling Plaintiff

1. to make all the disclosures required by Rule 26(a); and
2. to require Plaintiff to answer questions in her own deposition,

**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045

3. to disclose the party or parties that prepare Plaintiff's pleadings and/or who provide legal advice to Plaintiff

or to provide appropriate sanctions, including but not limited to an order to exclude any evidence or witnesses from trial not previously disclosed by Plaintiff, Defendants fees and costs for bringing this motion and any other order the court deems appropriate.

This motion is made on the grounds that despite repeated requests Plaintiff has provided no documents to support her claims, nor the names of any parties that could support Plaintiffs claims. Defendant therefore was forced to request Plaintiff's deposition. In response to inquiries regarding an available date, Plaintiff has insisted that she will not answer any questions unless all questions are submitted to her in writing. Defendant is unable to prepare a proper defense unless Plaintiff provides the evidence upon which her complaint relies. Defendant further believes that there are no good faith factual disputes, but that this Complaint is solely based on Plaintiff's legal presumptions. However, unless Defendant is allowed to question Plaintiff it is impossible to determine what factual disputes there are.

DATED November 8, 2010

        McCarthy & Holthus, LLP
          */s/ Holger Uhl*
By_____
        Holger Uhl, Of the Firm
        Attorneys for First Horizon Home Loan Corporation

Motion in Compel - 2

**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 8, 2010, I served a copy of the foregoing on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing:

- 

Additionally, a copy of the foregoing was served on the following parties by first class mail, postage prepaid, addressed to:

**Tamie Richardson**
746 Bailey Drive
Grants Pass, OR 97527

*/s/ Holger Uhl*

_____
Holger Uhl

Motion in Compel - 3

**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045