EXHIBIT #3
Case # 10-3073PA

First Horizon

4000 Horizon Way

Irving, Tx 75063

Mike&Tamie Richardson

746 Bailey Drive

Grants Pass, Ore 97527

February 21,2009

To whom it may concern;

     This letter is in refference to our mortgage payment on account number 0052773397. Mike is a General Building Contractor by trade, and has been out of work since the first of September 2008. I work 32 hours a week at a orthodontic office that I've been at for 25yrs, but fall very short making enough to pay our bills. We have exausted all the resources we have to make our payments at this time. We have the house on the market to sell as of October of 2008, in hope that we could sell before we got to the place of being unable to make the payment. Would it be possible to adjust the payment scedule to add 12 months to the end of the term of our loan in trade for the next 12 months due. Hopefully we will get a buyer or Mike will get work between now and then. We have no desire to default on our loan. We have spent 25 years working on keeping our credit at a respectful place, and are working daily to stay a float in this current economy crisis. Please consider our desire to work this out, and let us know, what we might due.

Thankyou,

*Tamie Richardson*

Tamie Richardson

EXHIBIT #4
Case # 10-3073
PA

HOPE NOW - Support and Guidance for Homeowners



A A A

**Now is the Time**
to Work Together

**888-995-HOPE**
Homeowner's HOPE Hotline

**HOPE NOW is an alliance between HUD approved counseling agents, mortgage companies, investors and other mortgage market participants that provides free foreclosure prevention assistance.**

| About HOPE NOW | HOPE Hotline | Events in your area | Homeowner Resources |

### Assistance Intake Form

It is very important that you provide accurate and complete information so your mortgage company can identify and assist you. Be sure to select your mortgage company so the information is routed appropriately. Your mortgage company may contact you directly (using the contact information you provided) and may request additional information.

If you have trouble completing the form or have questions, please call the Homeowner's HOPE ™ Hotline at 888-995-HOPE (4673) ™ to speak with a counselor. This is a free service and one we hope you will utilize in order to provide a more complete form. Please also remember, however, that you have many options available to you for potential assistance, including direct contact with your mortgage company via the web or phone.

\* marked fields are mandatory

#### Borrower Information

| | | | |
|---|---|---|---|
| Homeowner Name(s) * | mike & tamie richardson | | |
| First Mortgage Company * | First Horizon Home Loans | Second Mortgage Company | |
| First Mortgage Loan Number | 0052773397 | Second Mortgage Loan Number | Bank Of Cascade 54,000 |

#### Contact Information

| | | | |
|---|---|---|---|
| Contact Phone Number #1 * | 541 . 441 . 2456 | Contact Phone Number #2 | 541 . 441 . 2271 |
| Phone Number Type | Cell | Phone Number Type | Cell |
| Best Time to Call | Evening | Best Time to Call | Afternoon |
| Email Address * | tamiesr@gmail.com | # of Persons in Household | 2 |

Do you give permission for your mortgage company to contact you via email?   ● Yes    No

#### Property Information

☑ Same as Property Address

| | | | |
|---|---|---|---|
| Property Address | 746 Bailey Drive | Mailing Address | |
| City | Grants Pass | City | |
| State | Oregon | State | |
| Zip | 97527 | Zip | |

HOPE NOW - Support and Guidance for Homeowners

**Reason For Hardship**

Reason #1
Loss of Income

Reason #2 (if applicable)
Marital Difficulties

Reason #3 (if applicable)
Inability to sell property

Do you plan to keep your home?   Yes ⊙ No

Is this property your primary residence?   ⊙ Yes   No

Have you received a foreclosure notice from an attorney?   Yes ⊙ No

Have you filed for bankruptcy?   Yes ⊙ No

Is the property listed for sale?   ⊙ Yes   No

**Counseling Agency**

Are you currently or have you been working with a counselor?   Yes ⊙ No

Name of Counseling Agency (if applicable)

Number for Counseling Agency (if known)

**Financial Information**

**Income Information**

Total Gross Monthly Income       2300, averg       Total Monthly Take Home (Net Income)       1700.

**Expenses**

Monthly Mortgage Payment (First Mortgage)  1888.54   Monthly Mortgage Payment (Second Mortgage)   300.00

Monthly Homeowner's Insurance Payment (if not included in your monthly mortgage payment)   953.20

Monthly Property Taxes (if not included in your monthly mortgage payment)   4331.57

Total Monthly Automobile Payment(s)       514.00

Total Minimum Monthly Credit Card Payment(s)       480.00

Total Monthly Child Support/Care Expenses       0

Total Monthly Medical Expenses       127.

Total Monthly Grocery Expenses       400.00

Total Monthly Utilities Expenses       310.00

Total Monthly Phone/Cable Expenses       253.00

Total Monthly Transportation Expenses       315.00

Total Monthly Insurance Payments       750.00

Other Expenses       140.00

Enter Security Code: *   **ecwls**       Reload Image

**Authorization**

**I Agree** *   **(Type Last Name)** *   richardson

By checking this box and typing my last name, I certify that to the best of my knowledge the information I am submitting is

HOPE NOW - Support and Guidance for Homeowners

accurate. I understand that submitting this information does not represent a suspension or delay in any ongoing legal processes related to my mortgage. Further, this submission of information does not guarantee a loan modification or any other solution related to my mortgage.

**Submit**    **Reset**

© 2009 IndiSoft          Home | FAQ | Terms of Service | Privacy Policy | Contact Us | Media | Members | Sitemap



EXHIBIT #5
Case # 10-3073A


HOME LOANS

First Horizon
Home Loan Corporation
4000 Horizon Way
Irving, Texas 75063
www.fhhlc.com

May 13, 2009

Mike A Richardson
Tamie S Richardson
746 Bailey Dr
Grants Pass, OR 97527-5302

First Horizon Account Number: 0052773397

Dear Mike A Richardson and Tamie S Richardson :

Thank you for your recent inquiry regarding assistance, programs, or
options available in an effort to reduce your monthly mortgage
payment.  A preliminary review of your loan history and financial
information has been completed by a trained specialist and you appear
to qualify for the refinance initiative.  While your loan may not
qualify at this time for a modification or payment assistance option,
we would like you to know that as a result of the recently-announced
Making Home Affordable program, low cost refinancing is an available
option for you to consider.

With the opportunity of low-cost refinancing, responsible borrowers
such as yourself could potentially see a reduction in your monthly
principal and interest payment.  If you are in an Interest-Only,
Adjustable Rate Mortgage or High Rate Fixed Mortgage product,
refinancing into a Fixed-Rate Mortgage at today's lower interest
rates could prove beneficial to your financial situation.

To inquire about this low-cost refinance opportunity, please contact
our customer sales center at 1-866-236-7331.

Respectfully,

First Horizon Home Loans

CL035-001  CPI

First Horizon

4000 Horizon Way

Irving, Tx 75063

Tamie Richardson

746 Bailey Drive

Grants Pass, Ore 97527

July 6,2009

To whom it may concern;

     This letter is in refference to our mortgage payment on account number 0052773397. Mike and I have divorced since the letter dated February 21,2009. Even though in the divorce settlement I am to recieve $1,000.00 a month spousel support, he has not been working and is now attending school. I have several times in the last several months made efforts to remedy my situation to prevent coming to the place of default on my mortgage. I now regret that I can not make my payment of 1888.54 for the month of July ,2009.

     You have made it clear that I may not make a partial payment of $1,000.00 as preiously requested. I have been expecting paper work for a new refianance program per phone call with Karen since May 19,2009. Follow up calls May 29th, June 3rd, June 17 and July 1st have yet to produce those forms. Please let me know what options I have! I do not want to loose my home

Thankyou,

Tamie Richardson

Tamie Richardson



**FIRST HORIZON.**
HOME LOANS

4000 Horizon Way
Irving TX 75063

☐ Check here if your address, phone numbers or Social Security number(s) are incorrect and complete the form on the reverse side.

☐ Check here and complete the form on the reverse side if you would like the automatic payment option.



97107-0000945-001-1-100-100-000-000

MIKE A RICHARDSON
TAMIE S RICHARDSON
746 BAILEY DR
GRANTS PASS OR 97527-5302

---

## MORTGAGE ACCOUNT STATEMENT

| | |
|---|---|
| For mortgage account information: | 1-800-364-7662<br>Monday - Friday 7am - 7 pm CT |
| Pay online at: | www.firsthorizon.com |
| Account Number:<br>Home Phone:<br>Work Phone: | 0052773397<br>541-476-9864<br>541-441-2271 |

**For additional financial services:**

First Horizon
1-800-615-0822
www.firsthorizon.com

*Upon receipt of payment, your statement will be mailed.*

---

## ACCOUNT INFORMATION

| | |
|---|---|
| Account Number | 0052773397 |
| Current Statement Date | 06/17/09 |
| Interest Rate for 7/01/09 | 6.12500% |
| Current Principal Balance* | $370,000.00 |
| Interest Paid Year-to-Date | $9,442.70 |
| Taxes Paid Year-to-Date | $0.00 |

**Property Address:**
746 BAILEY DRIVE
GRANTS PASS OR 97527


EQUAL HOUSING LENDER

## PAYMENT SUMMARY

| | |
|---|---|
| Principal & Interest | $1,888.54 |
| Total Amount Due | $1,888.54 |
| Payment Due Date | 07/01/09 |

*This is your Principal Balance only, not the amount required to pay your account in full.*

*Note: Funds submitted through your online banking may be rejected if the funds being sent are not sufficient to pay the monthly payment, your loan is in a delinquent status, or you have filed a bankruptcy case that is still active, payments will automatically be returned to the remitter of the funds. You cannot make a principal only payment or more than one payment through online banking as the funds will not process as intended.*

## ACCOUNT ACTIVITY

| Description | Due Date | Date Paid | Amount | Principal | Interest | Escrow | Fees | Other |
|---|---|---|---|---|---|---|---|---|
| Payment Applied | 06/01/09 | 06/17 | 13.00 | .00 | .00 | .00 | 13.00 | .00 |
| Payment Applied | 06/01/09 | 06/17 | 1,982.97 | .00 | 1,888.54 | .00 | 94.43 | .00 |

IT IS VERY IMPORTANT THAT YOU REPORT ANY POSTING ERRORS TO FIRST HORIZON CUSTOMER SERVICE WITHIN 30 DAYS OF THIS BILLING.

## IMPORTANT MESSAGES

**For Mortgage Account Information:** Our customer relations team is available Monday - Friday, 7am - 7pm central time to answer questions you may have about your current mortgage account. You may call our toll free number 1-800-364-7662 or visit our secure website.

**Thinking About Refinancing or Purchasing a New Home?** In this changing economy, a home is still your greatest asset and we are here to help. If you are planning to purchase a new home or want to take advantage of low rates and refinance your existing mortgage, please visit www.firsthorizon.com or call us at 1-800-615-0822.

7/6/09
Please See Letter attached.
TR

Tamie Richardson

*PLEASE DETACH AND RETURN BOTTOM PORTION*

663 2334 0608F

EXHIBIT #7
Case # 10-3073 PA

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the **METLIFE HOME LOANS** so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ____ METLIFE HOME LOANS by Lawrence Young

☐ Agent
☐ Addressee

B. Received by ( *Printed Name* )      C. Date of Delivery
12-23

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:          ☐ No

1. Article Addressed to:

First Horizon Home Loan
4000 Horizon Way
Irving TX 75063

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.
4. Restricted Delivery? *(Extra Fee)*      ☐ Yes

2. Article Number
   *(Transfer from service label)*      7009 1410 0002 4075 1229

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

| First-Class Mail |
| Postage & Fees Paid |
| USPS |
| Permit No. G-10 |

• Sender: Please print your name, address, and ZIP+4 in this box •

Tamie Richardson
746 Bailey Dr.
Grants Pass, Or. 97527

# www.nationalrepublicregistry.com

## <u>CERTIFICATION OF ELECTRONIC RECORDING</u>

On this day, February 22, 2010, we, the undersigned witnesses, have inspected 17 page(s) of printed information submitted by Tamie-S: Richardson. The submitted information has been scanned and electronically recorded at the following location on the world-wide web:

**<u>www.nationalrepublicregistry.com/public/OR.2010.02.22.000001.pdf</u>**

All contents of the electronically recorded document may be viewed at the public's discretion.

LS: _____
First Witness

LS: _____
Second Witness

LS: _____
Third Witness

## NATIONAL REPUBLIC REGISTRY

**900 North Walnut Creek Dr. Suite 100 #283**

**Mansfield, TX 76063**

**1.866.455.7837**

EXHIBIT "9
Case No. 10-3073 PA

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

First Horizon Home Loan Corp.
4000 Horizon Way
Irving, Tx. 75063

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

METLIFE HOME LOANS/ Lawrence Young ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
3-8-10

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7009 2820 0004 0533 0269

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Tamie Richardson
746 Bailey Drive
Grants Pass Or. 97527

# www.nationalrepublicregistry.com

## <u>CERTIFICATION OF ELECTRONIC RECORDING</u>

On this day, March 08, 2010, we, the undersigned witnesses, have inspected 12 page(s) of printed information submitted by Tamie: Richardson. The submitted information has been scanned and electronically recorded at the following location on the world-wide web:

<u>**www.nationalrepublicregistry.com/public/OR.2010.03.08.000001.pdf**</u>

All contents of the electronically recorded document may be viewed at the public's discretion.

LS: _____
First Witness

LS: _____
Second Witness

LS: _____
Third Witness

## NATIONAL REPUBLIC REGISTRY

### 900 North Walnut Creek Dr. Suite 100 #283

### Mansfield, TX 76063

### 1.866.455.7837

_Case # 10-3073 PA_

_EXHIBIT #1_

____ This transfer is exempt from the documentary transfer tax.
____ The documentary transfer tax is $ __-0-___ and I computed on:
_X__The full value of the interest or property conveyed.
____The full value less the liens or encumbrances remaining
thereon at the time of sale.
The property is located in ____ an unincorporated area
__X__ the city of Grants Pass, Oregon.
This is a bona fide gift and the Grantor(s) received nothing in return, R&T
Gift:  11-911

When
mail this
**Tamie**

recorded,
Deed to:

**Richardson**
746 Bailey Drive
Grants Pass, OR  97527

Original Record:  April 15, 2005 (Instrument #2005-008429)
Loan modification dated March 24, 2006 and recorded on March 29, 2006
as (Instrument #2006-006558)

## QUITCLAIM DEED

TRA:     N/A                                                    APN: R343133

### NOTICE OF CHANGE RE:

**GRANTOR(S)/TRUSTOR(S):**  MICHAEL ALLEN RICHARDSON & TAMIE SUE RICHARDSON
746 Bailey Drive, Grants Pass, Oregon

FOR VALUE CONSIDERATION, receipt of which is hereby acknowledged:  Michael Allen Richardson and Tamie
Sue Richardson, do hereby REMISE, RELEASE, GRANT, AND FOREVER QUITCLAIM to:

**GRANTEE:**  746 BAILEY DRIVE TRUST, a Private Contract Trust . Ric Towne
746 Bailey Drive, Grants Pass, Oregon

the real property in the City of GRANTS PASS, County of JOSEPHINE, State of OREGON, described as:
PARCEL 1 of Partition Plat No. 2004-086, in Josephine County, Oregon
Commonly known as:  746 BAILEY DRIVE, GRANTS PASS, OREGON

See also Exhibit "A" attached hereto, as this QUITCLAIM DEED evidences the sole purpose of Notice of Change
in Trustee and Beneficiary appointments ONLY.  Dated April 5, 2010

_____                    _____
Michael Allen Richardson                         Tamie Sue Richardson

State of OREGON                )
County of JOSEPHINE        )

## ATTACHMENT/EXHIBIT "A"

**Original Deed of Trust Record:  April 15, 2005 as Instrument #2005-008429
Modified March 24, 2006 and recorded on March
29, 2006 as Instrument #2006-006558**

**GRANTOR(S)/TRUSTOR(S):** MICHAEL ALLEN RICHARDSN and TAMIE SUE RICHARDSON
**Original Loan** #0052773397        **APN:** R343133

1. **Effective immediately**, the undersigned Michael Allen Richardson and Tamie Sue Richardson forever removes/releases/discharges all:  "Trustee(s), Successor Trustee(s), Substituted Trustee, Agent(s), Servicer(s), Assign(s), Transfer(s), known and unknown", including FIRST HORIZON HOME LOAN CORPORATION, 400 Horizon Way, Irving, TX  75063 and QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, 2141 5th Avenue, San Diego, CA  92101; existing under the laws of OREGON; and, Thereby removing and terminating the same from any/all duties and forever barring/stopping the aforesaid from any further appointments or assignments originally granted or contained within the Deeds of Trusts concerned herein.

2. **Effective immediately**, the undersigned Michael Allen Richardson and Tamie Sue Richardson forever Revokes/Cancels/Voids/Rescinds any/all duties, appointments, or assignments originally granted by Revocation of Power of Attorney, Authority, or otherwise granted/granting, and/or signs/signatures, assigned/assigning to any party(ies) including the alleged lenger and successors, known and unknown including but not limited to:  FIRST HORIZON HOME LOAN CORPORATION, QUALITY LOAN SERVICE CORPORATION OF WASHINGTON addresses named above; Thereby removing and terminating the same from any/all duties and forever barring/stopping the aforesaid of any further appointments of any/all "TRUSTEE(S)", "SUCCESSOR TRUSTEE(S)", "SUBSTITUTES", or "BENEFICIARY(S)".

## LET IT BE KNOWN

All above named "Trustee(s), Successor Trustee(s), Beneficiary(s)", or Assigns, Substitutes, known or unknown in clauses 1 and 2 above, are hereby directed to immediately **CEASE** and **DESIST** any further actions through said appointments/assignments granted in or from Instrument #2005-008429 dated April 15, 2005 or Instrument #2006-006558 dated March 29, 2006.  **ANY** such continued or further action by <u>ANY</u> of the above names parties may result in legal actions against them.

Be it further known, GRANTOR(S)/TRUSTOR(S): MICHAEL ALLEN RICHARDSON and TAMIE SUE RICHARDSON do hereby QUITCLAIM all aforementioned duty(s) and benefit(s) of "Trustee" and "Beneficiary" regarding original Deed of Trust Instrument #2005-008429 and modification Deed of Trust Instrument #2006-006558, to:  Richard Towne (Trustee) of the "746 BAILEY DRIVE TRUST, a PRIVATE CONTRACT TRUST".   Dated:  _April 5 2010_

_____              _____
Michael Allen Richardson                   Tamie Sue Richardson

Subscribed and sworn to (or affirmed) before me on this __5TH___ day of ___APRIL_____,2010, by *Michael Allen Richardson* and *Tamie Sue Richardson*, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____          (SEAL)
Notary Public

OFFICIAL SEAL
**LINDA WYNNE**
NOTARY PUBLIC - OREGON
COMMISSION NO. 411776
MY COMMISSION EXPIRES NOVEMBER 8, 2010

Case # 10-3073 PA

EXHIBIT # 12

Plaintiffs Notice of Lis Pendens
**Case 10-3073-CL**

**RECORDING REQUESTED BY**
**AND WHEN RECORDED MAIL TO:**
Tamie Richardson
746 Bailey Drive
Grants Pass, OR  97527

Name:              **TAMIE RICHARDSON**
Address:           746 Bailey Drive
City, State, Zip:  Grants Pass, OR  97527
Daytime Phone:     541-441-2456
*Representing Self, Without a Lawyer*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | | |
|---|---|---|
| **TAMIE RICHARDSON** | ) | |
| Plaintiff | ) | CASE  NO: 10-3073-CL |
| | ) | |
| | ) | **NOTICE OF PENDENCY** |
| | ) | **OF ACTION** |
| **v** | ) | **(LIS PENDENS)** |
| | ) | |
| **FIRST HORIZON HOME LOAN CORP** | ) | (Hon Mark D Clarke) |
| Defendant | ) | |
| _____ | ) | |

      Notice is hereby given that the above entitled action was filed in the above

entitled court on August 9, 2010 by Plaintiff Tamie Richardson against Defendant First

Horizon Home Loan Corporation.  The action affects the right, title and interest to real

property located at 746 Bailey Drive, County of Josephine, State of Oregon, (APN

R343133) whose legal description is as follows:

      "Parcel 1 of Partition Plat No. 2004-086, in Josephine County, Oregon"

      The Deed of Trust was electronically recorded in Josephine County, State of

Oregon on April 15, 2005 as Record 2005-008429.

Page 1 of 1

Plaintiffs Notice of Lis Pendens
**Case 10-3073-CL**

Date: ___8/9/10___    _Tamie Richardson_
                      **TAMIE RICHARDSON**

## ACKNOWLEDGMENT

Subscribed and sworn to be before me this ___9th_____ day of August, 2010, a notary public, **TAMIE RICHARDSON,** known to be the person whose name is subscribed to this instrument, and acknowledge that they executed the same for the purposes contained therein.

In witness hereof, I hereunto set my hand and official seal.

_W. Torrence_
Notary Public

My Commission Expires: _May 31, 2014_

OFFICIAL SEAL
**WINDY ANNA TORRENCE**
NOTARY PUBLIC-OREGON
COMMISSION NO. 449608
MY COMMISSION EXPIRES MAY 31, 2014



Recording requested by:

When recorded mail to:

MetLife Home Loans a division of MetLife Bank NA
4000 Horizon Way
Foreclosure Dept. #6205
Irving, TX 75063

*Assignee*

**JOSEPHINE COUNTY OFFICIAL RECORDS**
**ART HARVEY, COUNTY CLERK** **2009-020021**
MTG-ATD
Cnt=1  Pgs=2  Stn=2  RHENKELS    12/28/2009 01:37 PM
$10.00 $11.00 $15.00 $4.00              Total:$40.00

00242111200900200210020024

I, Art Harvey, County Clerk, certify that the within document was received and duly recorded in the official records of Josephine County.

APN : **R343133**
Order No.: 4288204

SPACE ABOVE THIS LINE FOR RECORDER'S USE
TS No.: OR-09-320893-SH

## Assignment of Deed of Trust

For value received, the undersigned corporation hereby grants, assigns, and transfers to

The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the holders of the Certificates, First Horizon Mortgage Pass-Through Certificates Series FHAMS 2006-AA3, by First Horizon Home Loans, a division of First Tennessee Bank National Association, Master Servicer, in its capacity as agent for the Trustee under the Pooling and Servicing Agreement

All beneficial interest under that certain Deed of Trust dated 4/8/2005 executed by **MIKE A RICHARDSON & TAMIE S RICHARDSON**, as Trustor(s) to **TICOR TITLE INSURANCE COMPANY**, as Trustee and recorded as Instrument No. **2005-008429**, on **4/15/2005**, in Book **xxx**, Page **xxx** of Official Records, in the office of the County Recorder of **JOSEPHINE** County, **OR** together with the Promissory Note secured by said Deed of Trust and also all rights accrued or to accrue under said Deed of Trust.

Page 1 of 2

TS# OR-09-320893-SH
Page 2

Dated: 10/16/2009 7:18 AM

**FIRST HORIZON HOME LOANS, a division of FIRST TENNESSEE BANK NATIONAL ASSOCIATION f/k/a First Horizon Home Loan Corporation**

By: _Wanda Collier_

**Wanda Collier**

**Assistant Vice President**

State of _____ TEXAS _____ }
                                                        } ss
County of _____ Dallas _____                         }

On _12-8-09_ before me, _____ **Jerry W Lollar** _____ the undersigned Notary Public, personally appeared, Wanda Collier personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal

Signature _____ (Seal)

> JERRY WADE LOLLAR
> Notary Public, State of Texas
> My Commission Expires
> November 12, 2013

Page 2 of 2

State of Oregon         )
County of Josephine  ) ss.

I, Art Harvey,
County Clerk and Recorder of Josephine County,
Oregon, do hereby certify that the foregoing has been
compared with the original thereof and that it is a cor-
rect copy therefrom and the whole thereof as the same
appears on file and of record in my office.

Witness my hand and seal this 4 day of NOV , 20 10

Art Harvey, Clerk & Recorder

by _____
                    Deputy

 

**RECORDING REQUESTED BY**
**FIRST AMERICAN TITLE INSURANCE COMPANY**

|  |
|---|
| Appointment of<br>Successor Trustee |
| RE: Trust Deed From<br>**MIKE A RICHARDSON & TAMIE S RICHARDSON** |
| Grantor |
| To |
| **FIRST AMERICAN TITLE INSURANCE COMPANY** |
| Successor Trustee |
| After recording return to (Name, Address, Zip):<br>**Quality Loan Service Corp.**<br>**2141 5th Avenue**<br>**San Diego, CA 92101** |



JOSEPHINE COUNTY OFFICIAL RECORDS
ART HARVEY, COUNTY CLERK **2009-017906**
MTG-AST
Cnt=1 Pgs=2 Stn=4 RECEIPTS   11/16/2009 03:57 PM
$10.00 $11.00 $15.00 $4.00                    Total:$40.00

002396232009001790600020028

I, Art Harvey, County Clerk, certify that the within document
was received and duly recorded in the official records of
Josephine County.

TS No: OR-09-320893-SH

KNOW ALL BY THESE PRESENTS that **MIKE A RICHARDSON & TAMIE S RICHARDSON** is the grantor, **TICOR TITLE INSURANCE COMPANY** is the trustee, and **FIRST HORIZON HOME LOAN CORPORATION** is the beneficiary under that certain deed dated 4/8/2005, recorded 4/15/2005, in book No. **xxx** at page **xxx**, and/or as fee/file/instrument/microfilm/reception No. **2005-008429 and loan modification dated 3/24/2006 and recorded on 3/29/2006 as Instrument Number 2006-006558, in Book , Page** of the records of **JOSEPHINE, OR.**

The undersigned, who is the present beneficiary under the trust deed, desires to appoint a new trustee in the place and stead of the original trustee named above.

NOW, THEREFORE, the undersigned hereby appoints **FIRST AMERICAN TITLE INSURANCE COMPANY** as successor trustee under the trust deed, to have all the power of the original trustee, effective immediately.

In construing this instrument, and whenever the context so requires, the singular includes the plural.

IN WITNESS WHEREOF, the undersigned beneficiary has executed this document. If the undersigned is a corporation, it has caused its name to be signed and its seal, if any, affixed by an officer or other person duly authorized to do so by order of its board of directors.



Appointment of Successor Trustee- OR
TS # OR-09-320893-SH
Page 2

Dated: 10/16/2009

The Bank of New York Mellon f/k/a The Bank of New
York, as Trustee for the holders of the Certificates,
First Horizon Mortgage Pass-Through Certificates
Series FHAMS 2006-AA3, by First Horizon Home
Loans, a division of First Tennessee Bank National
Association, Master Servicer, in its capacity as agent
for the Trustee under the Pooling and Servicing
Agreement

By: _____

Wanda Collier                    Assistant Vice President

State of    Texas              )
                               ) ss.
County of   Dallas             )

On __11/5/09__ before me, _____ Notary Public, personally
appeared __Wanda Collier__
Assistant Vice President, personally known to me (or proved to me on the basis of satisfactory evidence) to be
the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they
executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument
the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.                    (Seal)

Signature _____

RANDOLPH BOYD, JR.
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 01-07-2010

State of Oregon        )
County of Josephine    ) ss.

           I, Art Harvey,
      County Clerk and Recorder of Josephine County,
Oregon, do hereby certify that the foregoing has been
compared with the original thereof and that it is a cor-
rect copy therefrom and the whole thereof as the same
appears on file and of record in my office.

Witness my hand and seal this ___4___ day of ___Nov___, 20 __10__

                Art Harvey, Clerk & Recorder

by _____
                        Deputy