Holger Uhl, OSB# 950143
19735 10th Avenue NE, Ste N200
Poulsbo, WA 98370
Telephone: (206) 319-9100
Facsimile (206) 780-6862
huhl@mccarthyholthus.com
*Attorney for First Horizon Home Loan Corporation*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON- MEDFORD DIVISION

| | |
|---|---|
| TAMIE RICHARDSON<br><br>                Plaintiff,<br><br>        vs.<br><br>FIRST HORIZON HOME LOAN CORPORATION<br><br>                Defendant. | No.:  1:10-cv-03073-PA<br><br>**NOTICE OF COMPLIANCE** |

COMES NOW the Defendant FIRST HORIZON HOME LOAN CORPORATION by and through its attorney of record, Holger Uhl of McCarthy & Holthus, LLP, and hereby gives notice that it has complied with the Plaintiff's Request for Discovery, by mailing a copy of their Responses to Plaintiff.

Dated: December 27, 2010                **MCCARTHY & HOLTHUS, LLP**


              /s/ Holger Uhl
Holger Uhl, Esq., OSB #950143
Attorney for First Horizon Home Loan Corp.

Notice of Compliance  (1:10-cv-03073-PA)
Page 1
MH #OR10-7486

McCarthy & Holthus LLP
19735 10th Ave NE, Suite N-200
Poulsbo  WA  98370
PH: (206) 319-9100
FAX: (206) 780-6862

## CERTIFICATE OF SERVICE

I certify that on December 27, 2010, I served a copy of the foregoing document on the below-listed interested parties by the method described:

| | |
|---|---|
| Tamie Richardson<br>Pro Se<br>746 Bailey Drive<br>Grants Pass, OR 97527<br>541-441-2456 | Hand Delivery<br>x First Class Mail<br>Electronic Mail [via efiling]<br>Facsimile<br>Process Server<br>Federal Express |

_/s/ Melissa Rice_
Melissa Rice
**McCarthy & Holthus, LLP**

Notice of Compliance (1:10-cv-03073-PA)
Page 2
MH #OR10-7486

McCarthy & Holthus LLP
19735 10th Ave NE, Suite N-200
Poulsbo WA 98370
PH: (206) 319-9100
FAX: (206) 780-6862