Holger Uhl [OSB#950143]
**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045
Attorneys for First Horizon Home Loan Corporation

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## MEDFORD DIVISION

| | |
|---|---|
| TAMIE RICHARDSON,<br><br>                                  Plaintiff,<br><br>vs.<br><br>First Horizon Home Loan Corporation,<br><br><br><br><br>                                  Defendants. | Case No. 10-03073<br><br>**DECLARATION OF HOLGER UHL IN OPPOSTION TO PLAINTIFF'S MOTION TO COMPEL** |

I, Holger Uhl, declare as follows:

1. The statements contained herein are made of my own personal knowledge and are true and correct to the best of my belief and information.

2. I am attorney for the Plaintiff in the above-captioned matter.

3. Defendants provided copies of their loan file and other relevant documents on or about November 11, 2010. Such file contains multiple versions of the same or similar documents.

4. The copy of the promissory note provided was made in Poulsbo, Washington, by my staff from the original document. The original note remains in the custody of our law firm during the pendency of this litigation.

5. Copies of said promissory note and recorded assignments were attached to the Affidavit of

Declaration- 1

**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045

Holger Uhl, previously filed with the court.

6. Defendants provided written responses to Plaintiff's discovery requests on or about December 9, 2010.

7. Attached hereto is a copy of the declaration of mailing which shows mailing of the written responses. Also attached is a copy of the written response.

8. I declare under the laws of the State of Oregon that the foregoing is true and correct.

Dated: 1/9/2011

/s/
_____
Holger Uhl

Uhl

Declaration- 2

**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045