Holger Uhl, OSB #950143
McCarthy & Holthus, LLP
19735 10th Avenue NE, Suite N200
Poulsbo, WA 98370
(206) 319-9100
Fax (206) 780-6862
huhl@MccarthyHolthus.com

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| Tamie Richardson, | Case No.: 10CV3073 |
| Plaintiff, | |
| vs. | DECLARATION OF SERVICE |
| First Horizon Home Loan Corporation, | |
| Defendants. | |

The undersigned certifies that: On January 6, 2011, I served the documents described as *Defendant's Response to Plaintiff's Discovery Requests* on the following individuals by depositing true copies thereof in the United States mail at Poulsbo, WA, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEFENDANT(S)                              DEFENDANT(S) COUNSEL:

Tamie Richardson                          Pro Se
746 Bailey Drive
Grants Pass, OR 97527

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

*/s/ Melissa Rice*
Melissa Rice
Legal Assistant
McCarthy & Holthus, LLP

Declaration of Service
- 1

McCarthy & Holthus LLP
19735 10th Avenue Ste N-200
Poulsbo, Washington 98370
PH: (206) 319-9100
FAX: (206) 780-6862

MH# OR10-7486

1  Holger Uhl, OSB #950143
   McCarthy & Holthus, LLP
2  19735 10th Avenue NE, Suite N200
   Poulsbo, WA 98370
3  (206) 319-9100
   Fax (206) 780-6862
4  huhl@MccarthyHolthus.com

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| Tamie Richardson, | Case No.: 10CV3073 |
|---|---|
| Plaintiff, | DECLARATION OF SERVICE |
| vs. | |
| First Horizon Home Loan Corporation, | |
| Defendants. | |

The undersigned certifies that: On December 9, 2010, I served the documents described as *Defendant's Response to Plaintiff's Discovery Requests* on the following individuals by depositing true copies thereof in the United States mail at Poulsbo, WA, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEFENDANT(S)                         DEFENDANT(S) COUNSEL:

Tamie Richardson                     Pro Se
746 Bailey Drive
Grants Pass, OR 97527

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

*Melissa Rice*
Melissa Rice
Legal Assistant
McCarthy & Holthus, LLP

Declaration of Service - 1

McCarthy & Holthus LLP
19735 10th Avenue Ste N-200
Poulsbo, Washington 98370
PH: (206) 319-9100
FAX: (206) 780-6862

MH# OR10-7486