## VERIFICATION

1  I am **EDWARD HYNE, LIMITED VICE PRESIDENT** (title) and I am employed
2  by **METLIFE HOME LOANS**. I have read the above response and know its
   contents. I am informed and believe, and on that ground allege that the matters stated are true.

3  Executed on (date) **12-4-10** in **IRVING, TEXAS** (City, State)
4  I declare under penalty of perjury under the laws of the State of California that the above is true
   and correct.

*[signature: Edward Hyne]*

By: **EDWARD HYNE**

Its: **LIMITED VICE PRESIDENT**

Discovery Response

M&H# OR10-3924

McCarthy & Holthus LLP
19735 10th Ave NE, Ste N200
Poulsbo, WA 98370
PH: (206) 319-9100
FAX: (206) 780-6862

TOTAL P.01