Holger Uhl, OSB# 950143
19735 10th Avenue NE, Ste N200
Poulsbo, WA 98370
Telephone: (206) 319-9100
Facsimile (206) 780-6862
huhl@mccarthyholthus.com

*Attorneys for First Horizon Home Loan Corporation*

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON- MEDFORD DIVISION

| | |
|---|---|
| TAMIE RICHARDSON<br><br>Plaintiff,<br><br>vs.<br><br>FIRST HORIZON HOME LOAN CORPORATION<br><br>Defendant. | Case No.: 1:10-cv-03073-PA<br><br>**DECLARATION OF SERVICE OF HOLGER UHL'S DECLARATION IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL** |

### DECLARATION OF SERVICE

I, Melissa Rice, declare:

I am over the age of 18 years and not a party to this action; my business address is 19735 10th Avenue, Suite N-200, Poulsbo, WA 98370

I further declare that I am readily familiar with the business practice of McCarthy & Holthus, LLP for service of documents. Documents served by facsimile are transmitted and the original deposited with the United States Postal Service in our ordinary course of business on the same day; Documents served by mail are deposited with the United States Postal Service in the ordinary course of business the same day; and Documents served personally are delivered the same day.

////

Declaration of Service (1:10-cv-03073-PA)
Page 1
MH #OR10-7486

McCarthy & Holthus LLP
19735 10th Ave NE, Suite N-200
Poulsbo WA 98370
PH: (206) 319-9100
FAX: (206) 780-6862

1  ////

2  ///

3        On January 11, 2011, under the direction of a member from the bar of this court, I served

4  the parties listed below the following document(s):

5  - **DECLARATION OF HOLGER UHL**
   - **EXHIBITS A-C**

7  Tamie Richardson
   Pro Se
8  746 Bailey Drive
   Grants Pass, OR 97527
9  541-441-2456

10        In the following manner of service: (check appropriate)

11    __XX__      BY MAIL: I placed a true copy in a sealed envelope addressed as

12  indicated above. I am readily familiar with the firm's practice of collection and processing

13  correspondence for mailing. It deposited with the U.S. Postal Service on that same day in the

14  ordinary course of business. I am aware that on a motion of party served, service presumed

15  invalid if postal cancellation date or postage meter date is more than one date after date of deposit

16  for mailing in affidavit.

17        I declare under penalty of perjury that the foregoing is true and correct.

18

19        By: _Melissa Rice_ (signature)
   Melissa Rice
20  Legal Assistant
   **McCarthy & Holthus, LLP**

21

Declaration of Service (1:10-cv-03073-PA)
Page 2
MH #OR10-7486

McCarthy & Holthus LLP
19735 10th Ave NE, Suite N-200
Poulsbo WA 98370
PH: (206) 319-9100
FAX: (206) 780-6862