# EXHIBIT "A"

RECORDING REQUESTED BY
FIRST AMERICAN TITLE INSURANCE COMPANY

| Appointment of Successor Trustee | JOSEPHINE COUNTY OFFICIAL RECORDS |
|---|---|

Appointment of
Successor Trustee

RE: Trust Deed From
**MIKE A RICHARDSON & TAMIE S
RICHARDSON**
                                    Grantor
            To
**FIRST AMERICAN TITLE INSURANCE
COMPANY**
                            Successor Trustee

After recording return to (Name, Address, Zip):
**Quality Loan Service Corp.
2141 5th Avenue
San Diego, CA 92101**

TS No: **OR-09-320893-SH**

JOSEPHINE COUNTY OFFICIAL RECORDS
ART HARVEY, COUNTY CLERK **2009-017906**
MTG-AST
Cnt=1  Pgs=2  Stn=4  RECEIPTS  11/16/2009 03:57 PM
$10.00 $11.00 $15.00 $4.00        Total:$40.00

0023962320090017906020028

I, Art Harvey, County Clerk, certify that the within document
was received and duly recorded in the official records of
Josephine County.

    KNOW ALL BY THESE PRESENTS that **MIKE A RICHARDSON & TAMIE S
RICHARDSON** is the grantor, **TICOR TITLE INSURANCE COMPANY** is the trustee, and **FIRST
HORIZON HOME LOAN CORPORATION** is the beneficiary under that certain deed dated 4/8/2005,
recorded 4/15/2005, in book No. xxx at page xxx, and/or as fee/file/instrument/microfilm/reception No.
**2005-008429 and loan modification dated 3/24/2006 and recorded on 3/29/2006 as Instrument
Number 2006-006558, in Book , Page   of the records of JOSEPHINE, OR.**

    The undersigned, who is the present beneficiary under the trust deed, desires to appoint a new
trustee in the place and stead of the original trustee named above.

    NOW, THEREFORE, the undersigned hereby appoints **FIRST AMERICAN TITLE
INSURANCE COMPANY** as successor trustee under the trust deed, to have all the power of the original
trustee, effective immediately.

    In construing this instrument, and whenever the context so requires, the singular includes the
plural.

    IN WITNESS WHEREOF, the undersigned beneficiary has executed this document. If the
undersigned is a corporation, it has caused its name to be signed and its seal, if any, affixed by an officer
or other person duly authorized to do so by order of its board of directors.

Appointment of Successor Trustee- OR
TS # OR-09-320893-SH
Page 2

Dated: 10/16/2009

The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the holders of the Certificates, First Horizon Mortgage Pass-Through Certificates Series FHAMS 2006-AA3, by First Horizon Home Loans, a division of First Tennessee Bank National Association, Master Servicer, in its capacity as agent for the Trustee under the Pooling and Servicing Agreement

By: _Wanda Collier_

Assistant Vice President

State of __Texas__                                )
                                                 ) ss.
County of __Dallas__                             )

On __11/5/09__ before me _____ Notary Public, personally appeared __Wanda Collier__ personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

(Seal)

Signature _____

RANDOLPH BOYD, JR.
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 01-07-2010

2009-017906