# EXHIBIT "B"

FORM No. 897 – NOTICE OF PLACER LOCATION – OREGON.                            © 1982-2002 STEVENS-NESS LAW PUBLISHING CO., PORTLAND, OR   www.stevensness.com

EC      NO PART OF ANY STEVENS-NESS FORM MAY BE REPRODUCED IN ANY FORM OR BY ANY ELECTRONIC OR MECHANICAL MEANS.

**TOPAZ II**
Name of Claim

Robert Shoemaker
Wendy Shoemaker
Evelyn Shoemaker
Locators

After recording, return to (Name, Address, Zip):
Robert Shoemaker
2811 Board Shanty Cr. Rd.
Grants Pass, OREGON 97527

JOSEPHINE COUNTY OFFICIAL RECORDS
ART HARVEY, COUNTY CLERK   **2010-005248**
MIN-MLN                                04/23/2010 01:43 PM
Cnt=1 Pgs=1 Stn=2 RHENKELS
$5.00 $11.00 $15.00 $8.00 $5.00         Total:$44.00

00248878201000005248001001 2

I, Art Harvey, County Clerk, certify that the within document was received and duly recorded in the official records of Josephine County.

By _____, Deputy.

## NOTICE OF LOCATION OF PLACER CLAIM

STATE of OREGON, County of __Josephine__, __Pickett Creek__ Mining District.

NOTICE HEREBY IS GIVEN That the undersigned locators, each a citizen of the United States or one who has declared an intention to become such, have discovered a placer deposit of locatable minerals upon the public domain of the United States which is open to mineral entry and location within the above state, county and mining district; and in accordance with the laws of the United States and the State of Oregon, have located and hereby do locate a placer claim of __60__ acres by posting this notice of location on a post or monument in a conspicuous place inside the boundaries of the claim. The claim is named the __TOPAZ II__ Claim, which is described as follows (fill out one of the two sections below):

(1) If claim is on surveyed land:
This claim comprises the __SW 1/4 of the NE 1/4 ; East 1/2 of the SE 1/4 of the NW 1/4__ of Section __27__, Township __35 South__, Range __7 West__, of the __Willamette__ Meridian,

(2) If claim is on unsurveyed land or if on surveyed land, and it is not practicable to describe claim by legal subdivisions:

The location of this claim is distinctly marked on the ground so that the boundaries of the claim may be readily traced: Starting at _____ then in a _____
(If possible, name some government survey corner; otherwise describe some natural object or permanent monument in the vicinity.)
_____ direction _____ feet, more or less, to the beginning point of the description of the placer claim hereby located, to-wit: a substantial post set in the ground, marked Post No. 1;

then _____ feet in a _____ direction to a post marked No. 2;
then _____ feet in a _____ direction to a post marked No. 3;
then _____ feet in a _____ direction to a post marked No. 4;
then _____ feet in a _____ direction to a post marked No. 5;

The distance between posts may not exceed 1,320 feet. The number of posts will vary depending on the size of the claim.

then _____ feet in a _____ direction to a post marked No. 6;
then _____ feet in a _____ direction to a post marked No. 7;
then _____ feet in a _____ direction to a post marked No. 8;
then _____ feet in a _____ direction to the post marked No. 1.
This claim is situated in the _____ (quarter section) of Section _____, Township _____, Range _____, of the _____ Meridian, either as surveyed by the U.S. Government or protracted if the land is unsurveyed, _____.

The locators intend to hold and work the above-described claim as provided by the laws of the United States and the State of Oregon and claim all of the rights and privileges granted by existing laws and customs.

The adjoining claims are _____

Located __April 23__, 20__10__.            _[signatures]_

Locators*

* If this is an association placer claim, list all individual members of the association and state that they are locating the claim as an association placer claim.