# EXHIBIT "C"

Recording requested by:

When recorded mail to:

MetLife Home Loans a division of MetLife Bank NA
4000 Horizon Way
Foreclosure Dept. #6205
Irving, TX 75063

Assignee



JOSEPHINE COUNTY OFFICIAL RECORDS
ART HARVEY, COUNTY CLERK **2009-020021**
MTG-ATD
Cnt=1 Pgs=2 Stn=2 RHENKELS   12/28/2009 01:37 PM
$10.00 $11.00 $15.00 $4.00           Total:$40.00

00242111200900200210020024

I, Art Harvey, County Clerk, certify that the within document was received and duly recorded in the official records of Josephine County.

Ja 1486473 (TSG)

APN : R343133
Order No.: 4288204

40.—

SPACE ABOVE THIS LINE FOR RECORDER'S USE
TS No.: OR-09-320893-SH

## Assignment of Deed of Trust

For value received, the undersigned corporation hereby grants, assigns, and transfers to

**The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the holders of the Certificates, First Horizon Mortgage Pass-Through Certificates Series FHAMS 2006-AA3, by First Horizon Home Loans, a division of First Tennessee Bank National Association, Master Servicer, in its capacity as agent for the Trustee under the Pooling and Servicing Agreement**

All beneficial interest under that certain Deed of Trust dated **4/8/2005** executed by **MIKE A RICHARDSON & TAMIE S RICHARDSON**, as Trustor(s) to **TICOR TITLE INSURANCE COMPANY**, as Trustee and recorded as Instrument No. **2005-008429**, on **4/15/2005**, in Book **xxx**, Page **xxx** of Official Records, in the office of the County Recorder of **JOSEPHINE** County, **OR** together with the Promissory Note secured by said Deed of Trust and also all rights accrued or to accrue under said Deed of Trust.

Page 1 of 2

TS# OR-09-320893-SH
Page 2

Dated: 10/16/2009 7:18 AM

FIRST HORIZON HOME LOANS, a division of FIRST TENNESSEE BANK NATIONAL ASSOCIATION f/k/a First Horizon Home Loan Corporation

By: _____
Wanda Collier
Assistant Vice President

State of ____TEXAS____    )
                          ) ss
County of ___Dallas____   )

On  12-8-09  before me, _____Jerry W Lollar_____ the undersigned Notary Public, personally appeared Wanda Collier personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal

Signature _____ (Seal)

JERRY WADE LOLLAR
Notary Public, State of Texas
My Commission Expires
November 12, 2013

Page 2 of 2

2009-020021