Holger Uhl [OSB#950143]
**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045
Attorneys for First Horizon Home Loan Corporation

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## MEDFORD DIVISION

| | |
|---|---|
| TAMIE RICHARDSON,<br><br>                                    Plaintiff,<br><br>vs.<br><br>First Horizon Home Loan Corporation,<br><br><br><br>                                    Defendants. | Case No. 10-03073<br><br><br>**DECLARATION OF HOLGER UHL IN SUPPORT OF MOTION TO QUASH** |

I, Holger Uhl, declare as follows:

1. The statements contained herein are made of my own personal knowledge and are true and correct to the best of my belief and information.

2. I am attorney for the Plaintiff in the above-captioned matter.

3. Attached hereto are copies of Instrument No. 2009-017906, Instrument No. 2010-05248, and Instrument Number 2009-020021, all records of Josephine County Oregon.

4. Plaintiff references these instruments in her subpoena.

5. Instrument Numbers 2009-017906 and 2009-020021 are an assignment and an appointment as indicated by Plaintiff.

6. However, Plaintiff also makes reference to another appointment of Successor Trustee,

**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045

purportedly dated 4/28/2006, signed by Wanda Collier before a notary on 12/8/2009 and recorded 1/12/2010 as Instrument No. 2010-05248, records of Josephine County Oregon.

7. I have been unable to identify the document as described by Plaintiff. As can be seen by the attached copy the document associated with that instrument number has no relation to the present litigation and was not signed by Wanda Collier.

8. I declare under the laws of the State of Oregon that the foregoing is true and correct.

Dated: 1/12/2011                                    /s/

                                    _____

                                    Holger Uhl

                                    Uhl

Declaration- 2

**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045