FILED 1 FEB 2 11:47 USDC-ORM

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

TAMIE RICHARDSON,

        Plaintiffs,        Civ. No. 10-3073-PA

                                    **ORDER**

   v.

BANK OF AMERICA HOME LOANS,

        Defendant.
_____

**PANNER, J.**

    On January 14, 2011, I presided over a telephonic status conference regarding defendant's motion for a protective order (#55). During that conference, I made several rulings regarding plaintiff's "EXHIBIT A." EXHIBIT A is titled "WANDA COLLIER NOTICE OF DEPOSITION PRODUCTION REQUEST." On January 31, plaintiff filed a request for clarification of my January 14 rulings. Here are my rulings:

Requests 1-4, 7-12: Requests moot per defendant's stipulations.

Request 5-6: Plaintiff may question witness at deposition.

Request 13-19: If Defendant has the documents, Defendant must produce the documents.

    A Court Reporter recorded the conference. If either party

1 - ORDER

chooses to order a transcript of the proceeding, the party should contact Advanced Court Reporting & Video Service, 336 West 6th Street, Medford, OR 97501, (541) 732-1988.

Plaintiff also seeks a ruling on her motion to compel (#61). At the January 14 status conference, I ordered defendant to produce all documents regarding loan pooling, assignments of the deed, and transfers of the promissory note. Plaintiff's motion to compel was not specifically discussed. The court cannot rule on the motion at this time because although defendant has produced over 600 pages of documents, the court does not know what those documents contained. Additionally, plaintiff was granted leave to file an amended complaint setting out specific factual allegations. At that point, both parties should have a better understanding of plaintiff's claims and will be able to conduct the appropriate discovery. Therefore, if necessary, following the filing of plaintiff's amended complaint, I will schedule another telephonic status conference regarding plaintiff's motion to compel.

IT IS SO ORDERED.

DATED this  2  day of February, 2011.

*Owen M. Panner*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER