Holger Uhl, OSB# 950143
McCarthy & Holthus, LLP
19735 10th Ave. NE, Suite N200
Poulsbo, WA 98370
206-319-9100
206-780-6862 fax
huhl@mccarthyholthus.com
Attorneys for First Horizon Home Loan Corporation

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| TAMIE RICHARDSON,<br><br>               Plaintiff,<br><br>vs.<br><br>FIRST HORIZON HOME LOAN CORPORATION,<br><br>               Defendant. | Case No.: 10-3034<br><br>NOTICE OF COMPLIANCE |

    COMES NOW the Defendant, First Horizon Home Loan Corporation ("Responding Party"), by and through their attorney of record, Holger Uhl of McCarthy & Holthus, LLP, and hereby gives notice that it has complied with Plaintiff's request for production of documents by mailing written responses, copies (without attachments) of which are attached hereto, to:

Tamie Richardson
746 Bailey Drive
Grants Pass, OR 97527

    DATED: December 22, 2010

Discovery Response

M&H# OR10-3924

McCarthy & Holthus LLP
19735 10th Ave NE, Ste N200
Poulsbo, WA 98370
PH: (206) 319-9100
FAX: (206) 780-6862

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

/s/ Holger Uhl

_____
Holger Uhl, OSB# 950143

Discovery Response

M&H# OR10-3924

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 17, 2011, I served a copy of the foregoing on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing:

- 

Additionally, a copy of the foregoing was served on the following parties by first class mail, postage prepaid, addressed to:

Tamie Richardson
746 Bailey Drive
Grants Pass, OR 97527

JUDGE'S COPY:

Hon. Owen M. Panner
United States Courthouse
310 West Sixth Street
Medford, Oregon 97501-2710


*/s/ Holger Uhl*

_____

Holger Uhl

Discovery Response

M&H# OR10-3924

McCarthy & Holthus LLP
19735 10th Ave NE, Ste N200
Poulsbo, WA 98370
PH: (206) 319-9100
FAX: (206) 780-6862