| | | | | |
|---|---|---|---|---|
| Thomas J. Holthus | CA NV NE | | CA | Renee DeGolier |
| Kevin R. McCarthy | CA | | CA | Alyson Dudkowski |
| Paul M. Levine | AZ CA | | CA | Matthew Duarte |
| Matthew Silverman | AZ NM | | CA | Roshni V. Patel |
| JaVonne M. Phillips | CA | | AZ | Jessica R. Kenney |
| Matthew E. Podmenik | CA | | CA | Rebecca L. Lang |
| David C. Scott | CA | | NV CA | Christopher K. Lezak |
| Jennifer C. Wong | CA | | CA | Mishaela J. Graves |
| Angela M. Michael | WA OR ID PA | | WA | Edgar I. Hall |
| Kristin Schuler-Hintz | CA NV | | CA | Brielyn G. Sesko |
| Gayle Jameson | CA | | CA | Rami N. Haddad |
| Seth Harris | CA | | NV | Kali Fox Miller |
| James Hester | CA | | CA | Jessica L. Klickna |
| Charles E. Bell | CA | | CA | Ashley B. Hennessee |
| Kelly M. Raftery | CA | | CA | Michelle Ann Hoskinson |
| Matthew B. Learned | CA | | CA | Christelle N. Ramseyer |
| Andrew E. Hall | CA | | OR ID | Holger Uhl |
| Seth J. Adams | NV | | NV FL | Christopher Hunter |
| Sasan Mirkarimi | CA | | CA | Terry Loftus |
| Rachel S. Opatik | CA | | CA | Laszlo Ladi |
| Melissa Robbins Coutts | CA | | NV | Sherry A. Moore |
| Jessica Partridge | CA | | CA | Ayana D. Guy |
| Kristin Zilberstein | CA | | CA | Paul H. Kang |
| Gregory Babcock | CA | | WA | Albert Lin |
| Doyna Dardon | CA ID | | WA | Mary Stearns |
| Merdaud Jafarnia | CA | | CA | Joseph Chun |
| Anna Marie Farrales | CA | | NV | Janice Jacovino |
| Thomas J. Ruhrup | CA | | NV | Bonty Lonardo |

**McCarthy ◆ Holthus**

*A Limited Liability Partnership*

19735 10th Ave. NE, Suite N-200

**Poulsbo  WA  98370**

Telephone (206) 319-9100

Facsimile (206) 780-6862

www.McCarthyHolthus.com

**Email to all personnel:**
First initial and last name@mccarthyholthus.com

February 17, 2011

Tamie Richardson
746 Bailey Drive
Grants Pass, OR 97527
Re: Richardson v. First Horizon 10-3073
    Our File # OR10-7486

Dear Mrs. Richardson:

    This is in response to your letter dated February 10, 2011.  Attached is our written response to your production request in regards to the Deposition of Mrs. Collier.

    In your letter you again demand certified copies of the Pooling and Servicing Agreement, Private Placement Memorandum, disclosure statements, amendments and supplements to SEC filings and SEC Form 8K and 424b5.  All this information is available at http://www.secinfo.com/$/SEC/Registrant.asp?CIK=1359891.  You are aware of that website and since you provided us with copies of printouts from this website I have to assume you have thoroughly reviewed the information from that side.  The requested documents are several hundred pages long and are equally accessible to you.  There is no requirement in the rules for certified copies of those documents.  The rules require us to allow you to inspect or copy documents.  You can do so by accessing the above website, and I believe you have already done so.  I am therefore confused as to your continued complaint regarding the production of those documents.  I am also confused as to your continued allegations that we have not responded to your admission requests.  That is not true.  You are well aware that we provided you with written responses.  You are again making accusations that are unsupported and threats that are uncalled for.

| **San Diego Office** | **Arizona Office** | **Las Vegas  Office** | **Reno Office** |
|---|---|---|---|
| 1770 Fourth Avenue | 8502 E. Via De Ventura Blvd, Suite 200 | 9510 West Sahara Avenue, Suite 110 | 200 S. Virginia St., 8th Floor |
| San Diego, CA 92101 | Scottsdale, AZ 85258 | Las Vegas, NV 89117 | Reno, NV 89501 |
| (619) 685-4800 | Telephone (602) 230-8726 | (702) 685-0329 ext. 3748 | (702) 685-0329 ext. 3748 |
| Facsimile (619) 685-4811 | Facsimile (408) 302-4101 | Facsimile (866) 339-5691 | Facsimile (866) 339-5691 |

      I have also attached a copy of our previous response to your requests for admissions, printouts from the MERS website that show that this loan is not part of the MERS system, a Copy of the HUD Settlement Statement with your signature certifying that it is accurate, the Truth in Lending Statement signed by you, Form K8, the Servicing and RESPA Servicing Disclosure Statement.

      I am deeply disappointed that you have spurned our repeated efforts to agree to either formal or informal mediation.

Sincerely,

/s/
Holger Uhl