Holger Uhl, OSB# 950143
19735 10th Avenue NE, Ste N200
Poulsbo, WA 98370
Telephone: (206) 319-9100
Facsimile (206) 780-6862
huhl@mccarthyholthus.com

*Attorneys for First Horizon Home Loan Corporation*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON- MEDFORD DIVISION

| | |
|---|---|
| TAMIE RICHARDSON<br><br>Plaintiff,<br><br>vs.<br><br>FIRST HORIZON HOME LOAN CORPORATION<br><br>Defendant. | Case No.: 1:10-cv-03073-PA<br><br>**PROOF OF SERVICE OF NOTICE OF COMPLIANCE, MOTION TO DISMISS AMENDED COMPLAINT, MEMORANDUM IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT** |

### DECLARATION OF SERVICE

I, Lindsay Jorgensen, declare:

I am over the age of 18 years and not a party to this action; my business address is 19735 10th Avenue, Suite N-200, Poulsbo, WA 98370

I further declare that I am readily familiar with the business practice of McCarthy & Holthus, LLP for service of documents. Documents served by facsimile are transmitted and the original deposited with the United States Postal Service in our ordinary course of business on the same day; Documents served by mail are deposited with the United States Postal Service in the ordinary course of business the same day; and Documents served personally are delivered the same day.

////

Declaration of Service (1:10-cv-03073-PA)
Page 1
MH #OR10-7486

McCarthy & Holthus LLP
19735 10th Ave NE, Suite N-200
Poulsbo WA 98370
PH: (206) 319-9100
FAX: (206) 780-6862

1  On February 22, 2011, under the direction of a member from the bar of this court, I served
2  the parties listed below the following document(s):

3
- **NOTICE OF COMPLIANCE (with attachments)**
- **MOTION TO DISMISS AMENDED COMPLAINT**
4
- **MEMORANDUM IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT**
5

6  Tamie Richardson
   Pro Se
7  746 Bailey Drive
   Grants Pass, OR 97527
8  541-441-2456

9  In the following manner of service: (check appropriate)

10  __XX__    **BY MAIL:** I placed a true copy in a sealed envelope addressed as
11  indicated above. I am readily familiar with the firm's practice of collection and processing
12  correspondence for mailing. It deposited with the U.S. Postal Service on that same day in the
13  ordinary course of business. I am aware that on a motion of party served, service presumed
14  invalid if postal cancellation date or postage meter date is more than one date after date of deposit
15  for mailing in affidavit.

16  I declare under penalty of perjury that the foregoing is true and correct.

17
18  By: _____
    Lindsay Jorgensen
19  McCarthy & Holthus, LLP

20
21
22
23
24
25
26
27
28

Declaration of Service (1:10-cv-03073-PA)              McCarthy & Holthus LLP
Page 2                                                 19735 10th Ave NE, Suite N-200
MH #OR10-7486                                          Poulsbo WA 98370
                                                       PH: (206) 319-9100
                                                       FAX: (206) 780-6862

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Tamie Richardson
   746 Bailey Drive
   Grants Pass, OR 97527

2. Article Number
   (Transfer from service label)

   7010 2780 0000 6409 1623

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes