Holger Uhl [OSB#950143]
**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045
Attorneys for First Horizon Home Loan Corporation

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## MEDFORD DIVISION

| | |
|---|---|
| TAMIE RICHARDSON,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>First Horizon Home Loan Corporation,<br><br>　　　　　　Defendants. | Case No. 10-03073<br><br>**STATEMENT OF CHAIN OF TITLE** |

Pursuant to the Court's Order of February 22, 2011 (Docket #81) Defendant submits the following statement regarding the chain of title of the subject loan:

The note was endorsed in blank by First Horizon Home Loan Corporation. The loan was transferred from First Horizon Home Loan Corporation to First Horizon Asset Securities, Inc. pursuant to the Mortgage Loan Purchase Agreement. First Horizon Asset Securities then deposited the loan into the FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-AA3 pursuant to the Pooling and Servicing Agreement. The Bank of New York is the Trustee of that trust. First Horizon Home Loan Corp. is the servicer for that trust, and Metlife Home Loans is the subservicer. Those transfers were simultaneous. Documents evidencing that transfer are the Mortgage Loan Purchase Agreement and the Pooling and Servicing Agreement. The original note is stored by the servicer and currently in physical possession of the attorneys for Defendant.

Supporting Documentation has been produced and/or is in the control of Plaintiff and has been filed with the court as follows:

| SUPPORTING FACTS | Supporting Documentation | Docket # |
|---|---|---|
| 1. The Note is payable to the "order of Lender" | Exhibit B, page 1, paragraph 1. | 27 |
| 2. The Note identifies the "Lender" as First | Exhibit B, page 1, paragraph 1. | 27 |

CONCISE STATEMENT OF MATERIAL
FACTS - 1

**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045

| | | |
|---|---|---|
| | Horizon Home Loan Corporation | | |
| 3. The language of the Note provides that it is transferable. | Exhibit B, page 1, paragraph 1. | 27 |
| 4. The Note is endorsed in blank by First Horizon Home Loan Corporation. | Exhibit B, page 3, reverse page. | 27 |
| 5. The named original Beneficiary of the Deed of Trust was First Horizon Home Loan Corporation | Exhibit A, page 1, Paragraph Definitions (C) | 33 |
| 6. The Loan is currently owned by a securitization trust, First Horizon Alternative Mortgage Securities Trust 2006-AA3, Mortgage Pass-Through Certificates Series 2006-AA3, with the Bank of New York as the Trustee | Affidavit of Ed Hyne, Paragraph 8, 9, and Exhibits E and F. (Complete copies of Exhibits E and F are posted at www.secinfo.com) | 27 |
| 7. The Loan was transferred from **First Horizon Home Loan Corporation to First Horizon Asset Securities, Inc.** pursuant to a Mortgage Loan Purchase Agreement. | Affidavit of Ed Hyne, Paragraph 11, and Exhibit E | 27 |
| 8. **First Horizon Asset Securities, Inc.** deposited the loan **into the securitization trust** pursuant to a Pooling and Servicing Agreement. | Affidavit of Ed Hyne, Paragraph 11, and Exhibit F. | 27 |
| 9. First Horizon Home Loan Corporation now known as First Horizon Home Loans is the master servicer for the Loan pursuant to said Pooling and Servicing Agreement with authority to institute foreclosures. | Affidavit of Ed Hyne, Paragraph 11, and Exhibits E and F. | 27 |
| 10 MetLife Home Loans is the sub-servicer for the Loan. | Affidavit of Ed Hyne, Paragraph 11, and Exhibits E and F. | 27 |
| 11 First Horizon assigned its beneficial interest in the Deed of Trust to The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the holders of the Certificates, First Horizon Mortgage Pass-Through Certificates Series FHAMS 2006-AA3, by instrument recorded on December 29, 2009 as Instrument # 2009-020021, records of Josephine County, Oregon. | Exhibit C, page 1, recording stamp. | 33 |

CONCISE STATEMENT OF MATERIAL FACTS - 2

**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045

1
2
3  DATED February 23, 2022
4
5                                              McCarthy & Holthus, LLP
                                                    /s/ Holger Uhl
6                                              By_____
                                                    Holger Uhl, Of the Firm
7                                                   Attorneys for First Horizon Home Loan Corporation
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

CONCISE STATEMENT OF MATERIAL
FACTS - 3

**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on February 24, 2011, I served a copy of the foregoing on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing:

- 

    Additionally, a copy of the foregoing was served on the following parties by first class mail, postage prepaid, addressed to:

**Tamie Richardson**
746 Bailey Drive
Grants Pass, OR 97527

*/s/ Holger Uhl*
_____
Holger Uhl

CONCISE STATEMENT OF MATERIAL
FACTS - 4

**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045