Holger Uhl [OSB#950143]
**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045
Attorneys for First Horizon Home Loan Corporation

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## MEDFORD DIVISION

| | |
|---|---|
| TAMIE RICHARDSON,<br><br>　　　　　　　　Plaintiff,<br>vs.<br>First Horizon Home Loan Corporation,<br><br>　　　　　　　　Defendants. | Case No. 10-03073<br><br>**MOTION FOR PROTECTIVE ORDER** |

COME NOW the Defendant by and through its attorney of record, represented by and through Holger Uhl of McCarthy & Holthus, LLP and pursuant to Rules of Civil Procedure 26 and moves for a Protective Order related to Plaintiffs' discovery request and depositions. This Motion is based upon the following:

1. That Defendant has complied with all reasonable requests of Plaintiff with respect to discovery.

2. That Plaintiff's Requests for production are unreasonable and brought solely in order to annoy or embarrass and cause undue expenses to the Defendant, including but not limited to the following reasons:

   a. Plaintiff's request seeks originals even after verified copies have been produced.

   b. Plaintiff seeks documents which are not relevant to the subject matter involved in the pending action, documents of public record which are equally accessible to all parties.

**RESPONSE IN OPPOSITION**
FACTS - 1

**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045

    c. Based on the stated intentions of Plaintiff, the scheduled depositions are not likely to produce any relevant or admissible evidence. The sole purpose of those depositions is to intimidate employees, to increase the costs of litigation and to avoid a final decision by the court.

3. Therefore, Defendant seeks order from this Court that no further discovery be had and/or the alternative that Plaintiffs advance reasonable costs to Defendants for time and money extended in compiling the records and copying the records requested.

4. Plaintiff does not have a "substantial need" for the discovery requested.

5. In the alternative if the court is not inclined to grant a blanket protective order, Defendant respectfully requests that discovery be stayed until the Court rules on Defendant's pending motions to dismiss or order mediation.

DATED March 9, 2011

                                          McCarthy & Holthus, LLP
                                              */s/ Holger Uhl*
                                    By_____
                                          Holger Uhl, Of the Firm
                                          Attorneys for First Horizon Home Loan Corporation

**RESPONSE IN OPPOSITION**
FACTS - 2

**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 9, 2011, I served a copy of the foregoing on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing:

- 

Additionally, a copy of the foregoing was served on the following parties by first class mail, postage prepaid, addressed to:

**Tamie Richardson**
746 Bailey Drive
Grants Pass, OR 97527

*/s/ Holger Uhl*
_____
Holger Uhl

**RESPONSE IN OPPOSITION**
FACTS - 3

**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045