Holger Uhl, OSBA# 950143
McCarthy & Holthus, LLP
19735 10th Avenue NE, Ste N200
Poulsbo, WA 98370
(206)-319-9100
Fax (206)-780-6862
huhl@mccarthyholthus.com

*Attorney for First Horizon Home Loan Corporation*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON- MEDFORD DIVISION

| | |
|---|---|
| TAMIE RICHARDSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FIRST HORIZON HOME LOAN CORPORATION<br><br>　　　　Defendants. | Case No.: 10-CV-1065-PK<br><br>**MOTION TO APPEAR BY TELEPHONIC COMMUNICATION** |

COMES NOW, defendant, First Horizon Home Loan Corporation, by and through their counsel of record Holger Uhl of McCarthy & Holthus, LLP and moves the court to appear by telephonic communication at the hearing scheduled for April 15, 2011 at 10:00 a.m.

The office of defendant, First Horizon Home Loan Corporation counsel, Holger Uhl of McCarthy & Holthus, LLP, is located more than twenty-five (25) miles away from the courthouse.

Dated: March _____, 2011                **MCCARTHY & HOLTHUS, LLP**

　　　　　　　　　　　　　　　　　　　　　　**/s/ Holger Uhl**
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Holger Uhl, OSBA #950143
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　First Horizon Home Loan Corporation

Holger Uhl, OSBA# 950143
McCarthy & Holthus, LLP
19735 01th Avenue NE, Ste N200
Poulsbo, WA 98370
(206) 319-9100
Fax (206) 780-6862
huhl@mccarthyholthus.com

*Attorney for First Horizon Home Loan Corporation*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON- MEDFORD DIVISION

| | |
|---|---|
| TAMIE RICHARDSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FIRST HORIZON HOME<br>LOAN CORPORATION<br><br>　　　　Defendants. | Case No.: 10-CV-1065-PK<br><br>**ORDER GRANTING<br>MOTION TO APPEAR BY<br>TELEPHONIC COMMUNICATION** |

IT IS HEREBY ORDERED that defendant, First Horizon Home Loan Corporation's counsel Holger Uhl may appear by telephonic communication at the hearing scheduled for April 15, 2011 at 10:00 a.m.

Dated: March _____, 2011

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Judge/Commissioner

Submitted by:
　　　　　　　　　　　　　　　　　　　**MCCARTHY & HOLTHUS, LLP**

　　　　　　　　　　　　　　　　　　　　　　/s/ **Holger Uhl**
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Holger Uhl, OSBA #950143
　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　First Horizon Home Loan Corporation

Order to Appear Telephonically  (10-CV-1065-PK)
Page 1
MH #OR10-7486

McCarthy & Holthus LLP
19735 10th Ave NE, Suite N-200
Poulsbo  WA  98370
PH: (206) 319-9100
FAX: (206) 780-6862

Holger Uhl, OSB# 950143
19735 10th Avenue NE, Ste N200
Poulsbo, WA 98370
Telephone: (206) 319-9100
Facsimile (206) 780-6862
huhl@mccarthyholthus.com

*Attorney for First Horizon Home Loan Corporation*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON- MEDFORD DIVISIO**

| | |
|---|---|
| TAMIE RICHARDSON,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST HORIZON HOME LOAN CORPORATION<br><br>Defendants. | Case No.: 10-CV-1065-PK<br><br>**PROOF OF SERVICE OF MOTION AND ORDER TO APPEAR BY TELEPHONIC COMMUNICATION** |

## <u>DECLARATION OF SERVICE</u>

I, Lindsay Jorgensen, declare:

I am over the age of 18 years and not a party to this action; my business address is 19735 10th Avenue, Suite N-200, Poulsbo, WA 98370

I further declare that I am readily familiar with the business practice of McCarthy & Holthus, LLP for service of documents.  Documents served by facsimile are transmitted and the original deposited with the United States Postal Service in our ordinary course of business on the same day; Documents served by mail are deposited with the United States Postal Service in the ordinary course of business the same day; and Documents served personally are delivered the same day.

Certificate of Service  (10-CV-1065-PK)
Page 1
MH #OR10-7486

McCarthy & Holthus LLP
19735 10th Ave NE, Suite N-200
Poulsbo WA 98370
PH: (206) 319-9100
FAX: (206) 780-6862

On March 28, 2011, under the direction of a member from the bar of this court, I served the parties listed below the following document(s):

- **MOTION AND ORDER TO APPEAR BY TELEPHONIC COMMUNICATION**

Tamie Richardson
746 Bailey Drive
Grants Pass, OR 97527

In the following manner of service: (check appropriate)

__XX__    **BY MAIL:** I placed a true copy in a sealed envelope addressed as indicated above. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on a motion of party served, service presumed invalid if postal cancellation date or postage meter date is more than one date after date of deposit for mailing in affidavit.

I declare under penalty of perjury that the foregoing is true and correct.

By: __/s/ Lindsay Jorgensen__
Lindsay Jorgensen
Administrative Assistant
**McCarthy & Holthus, LLP**

Certificate of Service (10-CV-1065-PK)
Page 2
MH #OR10-7486

McCarthy & Holthus LLP
19735 10th Ave NE, Suite N-200
Poulsbo WA 98370
PH: (206) 319-9100
FAX: (206) 780-6862