Holger Uhl [OSB#950143]
**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045
Attorneys for First Horizon Home Loan Corporation

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## MEDFORD DIVISION

| | |
|---|---|
| TAMIE RICHARDSON,<br><br>                                  Plaintiff,<br>vs.<br>First Horizon Home Loan Corporation,<br><br>                                  Defendants. | Case No. 10-03073<br><br>**MOTION FOR PROTECTIVE ORDER** |

COME NOW the Defendant by and through its attorney of record, represented by and through Holger Uhl of McCarthy & Holthus, LLP and pursuant to Rules of Civil Procedure 26 and moves for a Protective Order related to Plaintiffs' discovery request. A copy of Defendant's latest Supplemental Response including specific objections are attached hereto and incorporated hereby as Exhibit A.

This Motion is based upon the following:

1.      That Defendant has complied with all reasonable requests of Plaintiff with respect to discovery.

2.      That Plaintiff's remaining requests are related to issues that have been dismissed by the Court and are otherwise irrelevant to the remaining issue before the Court.

3.      That Plaintiff's Requests for production are unreasonable and brought solely in order to annoy or embarrass and cause undue expenses to the Defendant, including but not limited to the following reasons:

**RESPONSE IN OPPOSITION**
FACTS - 1

McCarthy & Holthus LLP
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045

a. Plaintiff generally seeks documents which are not relevant to the subject matter involved in the pending action and/or documents of public record which are equally accessible to all parties and/or documents which are in the custody or control of 3rd parties.

b. Plaintiff seeks documents which have been produced or are in the possession or control of Plaintiff.

c. Plaintiff does not have a "substantial need" for the discovery requested.

Despite the Court's previous orders, Plaintiff continues to propound discovery that is related to theories that have been dismissed or otherwise rejected by the court. None of the outstanding discovery requests even remotely relate to the remaining issue in this case. In addition the requests needlessly confuse the record requiring the production of additional copies of documents already produced.

Therefore, Defendant seeks an order from this Court that no further discovery be had by Plaintiff and/or that Plaintiffs advance reasonable costs to Defendants for time and money extended in compiling the records and copying the records requested. In the alternative Defendant seeks an order from this court requiring Plaintiff to state in detail for each request why the selected discovery is needed and how it relates to Plaintiff's remaining cause of action. In addition Defendant should be protected from having to produce documents it has already produced.

DATED March 9, 2011

McCarthy & Holthus, LLP

**RESPONSE IN OPPOSITION**
FACTS - 2

**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

By  */s/ Holger Uhl*
_____
Holger Uhl, Of the Firm
Attorneys for First Horizon Home Loan Corporation

**RESPONSE IN OPPOSITION**
FACTS - 3

**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045