Holger Uhl [OSB#950143]
**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045
Attorneys for First Horizon Home Loan Corporation

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# MEDFORD DIVISION

| | |
|---|---|
| TAMIE RICHARDSON,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>First Horizon Home Loan Corporation,<br><br><br>　　　　　　　Defendants. | Case No. 10-03073<br><br>**NOTICE OF TAKING DEPOSITION** |

TO ALL PARTIES AND TO THEIR ATTORNEY(S) OF RECORD:

PLEASE TAKE NOTICE that commencing on May 11 at 1:00 PM and May 12 at 1:00 PM . at Naegeli Reporting Corporation, 111 SW Fifth Avenue, Suite 2020, Portland, Oregon 97204 , the Defendant will take the deposition and allow Plaintiff to make oral examination of Ed Hyne, Wanda Collier and Alfred Chang Terry McCoy, pursuant to F.R.C.P. 30(b) and the Court's order of April 15, 2011, before a notary public or duly authorized officer, authorized to administer oaths. The deponents will be on the phone. The dial-in number for participants is [Numbers redacted in filed copy only]

DATED May 9, 2011

　　　　　　　　　　　　　　　　　　McCarthy & Holthus, LLP
　　　　　　　　　　　　　　　　　　　*/s/ Holger Uhl*
　　　　　　　　　　　　　　　　　By_____
　　　　　　　　　　　　　　　　　　Holger Uhl, Of the Firm
　　　　　　　　　　　　　　　　　　Attorneys for First Horizon Home Loan Corporation

Notice of Taking Deposition - 1

**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045