Holger Uhl, OSB# 950143
19735 10th Avenue NE, Ste N200
Poulsbo, WA 98370
Telephone: (206) 319-9100
Facsimile (206) 780-6862
huhl@mccarthyholthus.com

*Attorneys for First Horizon Home Loan Corporation*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON- MEDFORD DIVISION

| | |
|---|---|
| TAMIE RICHARDSON<br><br>Plaintiff,<br><br>vs.<br><br>FIRST HORIZON HOME LOAN CORPORATION<br><br>Defendant. | Case No.: 1:10-cv-03073-PA<br><br>**PROOF OF SERVICE OF DEFENDANT FIRST HORIZON HOME LOAN CORPORATION'S NOTICE OF DEPOSITION** |

## DECLARATION OF SERVICE

I, Lindsay Jorgensen, declare:

I am over the age of 18 years and not a party to this action; my business address is 19735 10th Avenue, Suite N-200, Poulsbo, WA 98370

I further declare that I am readily familiar with the business practice of McCarthy & Holthus, LLP for service of documents. Documents served by facsimile are transmitted and the original deposited with the United States Postal Service in our ordinary course of business on the same day; Documents served by mail are deposited with the United States Postal Service in the ordinary course of business the same day; and Documents served personally are delivered the same day.

////

Declaration of Service (1:10-cv-03073-PA)
Page 1
MH #OR10-7486

McCarthy & Holthus LLP
19735 10th Ave NE, Suite N-200
Poulsbo WA 98370
PH: (206) 319-9100
FAX: (206) 780-6862

1  On May 9, 2011, under the direction of a member from the bar of this court, I served the
2  parties listed below the following document(s):

- **DEFENDANT FIRST HORIZON HOME LOAN CORPORATION'S NOTICE OF DEPOSITION**

Tamie Richardson
Pro Se
746 Bailey Drive
Grants Pass, OR 97527
541-441-2456
**Tracking#: 797077798321**

In the following manner of service: (check appropriate)

__XX__  BY MAIL: I placed a true copy in a sealed envelope addressed as indicated above. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on a motion of party served, service presumed invalid if postal cancellation date or postage meter date is more than one date after date of deposit for mailing in affidavit.

I declare under penalty of perjury that the foregoing is true and correct.

By: _____
Lindsay Jorgensen
Administrative Assistant
**McCarthy & Holthus, LLP**

Declaration of Service (1:10-cv-03073-PA)
Page 2
MH #OR10-7486

McCarthy & Holthus LLP
19735 10th Ave NE, Suite N-200
Poulsbo WA 98370
PH: (206) 319-9100
FAX: (206) 780-6862