FILED' 11 MAY 16 14:11 USDC-ORM

Holger Uhl, OSB# 950143
McCarthy & Holthus, LLP
19735 10th Ave. NE, Suite N200
Poulsbo, WA 98370
206-319-9100
206-780-6862 fax
huhl@mccarthyholthus.com
Attorneys for First Horizon Home Loan Corporation

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| TAMIE RICHARDSON, | Case No.: 10-3073 - PA |
|---|---|
| Plaintiff, | |
| vs. | DEFENDANT'S 3rd SUPPLEMENTAL RESPONSE |
| First Horizon Home Loan Corporation, | |
| Defendant. | |

COMES NOW the Defendant, First Horizon Home Loan Corporation ("Responding Party"), by and through their attorney of record, Holger Uhl of McCarthy & Holthus, LLP, and respond as follows:

**PRELIMINARY STATEMENT**

The responses set forth below are made solely for the purpose of the above-entitled action. Each response is subject to all objections as to competence, relevance, materiality, propriety, admissibility, and any and all other objections or grounds, which would require the exclusion of any statement herein if the interrogatories were asked of, or if any statement contained herein was made by, a witness present and testifying in court, all of which objections or grounds may be asserted at the time of trial.

Discovery Response

M&H# OR10-3924

McCarthy & Holthus LLP
19735 10th Ave NE, Ste N200
Poulsbo, WA 98370
PH: (206) 319-9100
FAX: (206) 780-6862

Defendants do not make any incidental or implied admissions with regard to the contents of the requested documents contained herein. Rather, the fact that Defendant has responded or objected to any request(s), or part(s) thereof, should not be understood or interpreted to mean that Defendants accepts or admits the existence of any facts set forth or assumed by Plaintiff's request, or that such responses or objection constitutes admissible evidence. The fact that Defendants have answered all or part of any request is not intended, nor shall it be construed, as a waiver by Defendants of all, or any part of any, objections to any request.

Defendants investigation of the facts related to the present action is ongoing, and as such, has not completed its discovery or its preparation for trial. Accordingly, the following responses are based upon information known to Defendants at this time, and are given without prejudice to Defendants right to produce subsequently discovered evidence and facts, and to supplement, amend, modify, or otherwise change its responses contained herein.

To the extent that a request calls for information that was prepared in anticipation of litigation or for trial, or for information or material covered by the attorney-work product doctrine, or which constitutes information that is privileged or proprietary, confidential, or a trade secret(s), Defendants object to such request, and thus, will neither supply nor render any documents protected from discovery by virtue of these doctrines and privileges.

## **GENERAL OBJECTIONS**

1. Defendants object to Plaintiff's requests as a whole, and to each request contained therein, to the extent that they seek information which is not relevant to the subject matter of this litigation and are not reasonably calculated to lead to the discovery of admissible evidence.

2. Defendants object to Plaintiff's requests as a whole, and to each request contained therein, to the extent that they call for information which is protected from disclosure by the attorney-client privilege and/or work product doctrine, and/or any other applicable privilege or immunity.

3. Defendants object to Plaintiff's requests as a whole, and to each request contained therein, to the extent that they are overly broad and require Defendants to make an unreasonable and unduly burdensome investigation. The search for and production of information requested in

Discovery Response

M&H# OR10-3924

McCarthy & Holthus LLP
19735 10th Ave NE, Ste N200
Poulsbo, WA 98370
PH: (206) 319-9100
FAX: (206) 780-6862

Plaintiff's requests would consume many hours of effort at great and unreasonable expense to Plaintiff and would yield information which is neither relevant to, nor reasonably calculated to lead to the discovery of admissible evidence relating to, the issues in the present action.

4. Defendants object to Plaintiff's requests as a whole, and to each request contained therein, to the extent that they request Defendant to identify or produce information not in its possession, custody, or control, or documents which are equally available to Plaintiff.

All General Objections are incorporated by reference into each Response as though set forth in full therein.

## SUBSTANTIVE RESPONSES

Without waiving the above and previously filed objections Defendant responds to the request substantively as follows:

(27) Certified copy of the Notary Public Michelle Nguyen log page verifying the signature of David Fry on an *Affidavit of Mailing Notice of Sale* dated April 5, 2010 and notarized on August 20, 2010.
**RESPONSE:**
Attached are true and correct copies of the declarations of David Fry and Michelle Nguyen. The Declaration of Michelle Nguyen contains relevant pages of her notary journal. The Declaration of David Fry verifies his employer, his position and evidence to support his authority to sign. All responsive documents within the custody or control of Defendant have now been produced.

(28) Verification of employment for David Fry who signed the *Affidavit of Mailing Notice of Sale* dated April 5, 2010 and notarized by Michelle Nguyen on August 20, 2010. The affidavit does not list the name of the company he works for, his title, nor is there any evidence that would support his authority to sign such a document.
**RESPONSE:** See Response to No. 27.

DATED: May 12, 2011

/s/ Holger Uhl

---

Holger Uhl, OSB# 950143
Attorney for Defendant

Discovery Response

M&H# OR10-3924

McCarthy & Holthus LLP
19735 10th Ave NE, Ste N200
Poulsbo, WA 98370
PH: (206) 319-9100
FAX: (206) 780-6862