Holger Uhl [OSB#950143]
**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045
Attorneys for First Horizon Home Loan Corporation

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## MEDFORD DIVISION

| | |
|---|---|
| TAMIE RICHARDSON,<br><br>                                    Plaintiff,<br><br>vs.<br><br>First Horizon Home Loan Corporation,<br><br><br>                                    Defendants. | Case No. 10-03073<br><br><br><br>**DEFENDANT'S REVISED EXHIBIT LIST** |

COMES NOW the Defendant, by and through its attorney of record, Holger Uhl, and submits

this Trial Exhibit List as follows:

| Exhibit | | Offered | Admitted | Not Admitted | Stipulated Admission |
|---|---|---|---|---|---|
| 101 | Note dated April 8, 2005 | | | | |
| 102 | Deed of Trust recorded as 2005-008429 | | | | |
| 103 | Loan Modification Agreement recorded as 2006-006558 | | | | |
| 104 | Appointment of Successor Trustee recorded as 2009-017906 | | | | |
| 105 | Notice of Default and Election to Sell recorded as 2010-004090 | | | | |
| 106 | Notice of Sale Proof of Compliance recorded as 2010-010755 | | | | |
| 107 | Assignment of Deed of Trust recorded as 2009-020021 | | | | |

Exhibit List- 1

**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045

| Exhibit | | Offered | Admitted | Not Admitted | Stipulated Admission |
|---|---|---|---|---|---|
| 108 | Acceleration Letter/Notice of Default dated 8/31/09 | | | | |
| 109 | Mortgage Affidavit dated 3/29/09 | | | | |
| 110 | Notice of No Oral Agreement undated | | | | |
| 111 | Settlement Statement dated 4/18/05 | | | | |
| 112 | Loan History | | | | |
| 113A | Pooling And Servicing Agreement, dated May 1, 2006, | | | | |
| 114A | Mortgage Loan Purchase Agreement | | | | |
| 115 | Subservicing Agreement | | | | |
| 116 | Defendant's Requests for Admission | | | | |
| 117 | Excerpt from Schedule A of Ex. 114 | | | | |
| 118 | Advance Details | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Defendant expressly reserves the right to present any exhibits identified by Plaintiff and to present additional Exhibits in rebuttal, including but not limited to those documents previously made part of the record.

DATED June 9, 2011

McCarthy & Holthus, LLP
*/s/ Holger Uhl*
By_____
Holger Uhl, Of the Firm

Exhibit List- 2

**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49
50
51
52
53

Attorneys for First Horizon Home Loan Corporation

Exhibit List- 3

**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045