Holger Uhl [OSB#950143]
**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045
Attorneys for First Horizon Home Loan Corporation

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## MEDFORD DIVISION

TAMIE RICHARDSON,

                Plaintiff,

vs.

First Horizon Home Loan Corporation,

                Defendants.

Case No. 10-03073

**DEFENDANT'S WITNESS LIST**

COMES NOW the Defendant, by and through its attorney of record, Holger Uhl, and submits this Witness List as follows:

The following witnesses are expected to be called by Defendant:

| Witness | Expected Testimony | Expected Time for Direct Testimony |
|---|---|---|
| **Tamie Richardson**, Plaintiff | Witness will testify as to her signatures on applicable loan documents and her default. | 30 min. |
|  |  |  |
| **Ed Hyne**, Assistant Vice President of First Horizon Home Loans a division of First Tennessee | Witness will testify as to the servicing of the subject loan, the relation of First Horizon Home Loans and Metlife Bank to First Horizon Alternative Mortgage Securities Trust 2006-AA3, Mortgage Pass-Through Certificates Series 2006-AA3, with the Bank of New York as the Trustee. The witness can also discuss the Pooling and Servicing | 30 min. |

Exhibit List- 1

**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045

| | | |
|---|---|---|
| Bank National Association, successor by merger to First Horizon Home Loan Corporation, c/o **McCarthy & Holthus LLP** 19735 10th Avenue, Suite N-200 Poulsbo WA 98370 | Agreement, the Mortgage Loan Purchase Agreement and the location of the original note. | |
| | | |
| **Tim Donlon**, Quality Loan Services, Guardian of Records, San Diego, CA | The witness is expected to testify as to the procedural steps taken in processing Plaintiff's foreclosure. | 30 min. |
| | | |

DATED June 9, 2011

                                                     McCarthy & Holthus, LLP
                                                        */s/ Holger Uhl*
                                       By_____
                                            Holger Uhl, Of the Firm
                                            Attorneys for First Horizon Home Loan Corporation

Exhibit List- 2

**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045