Holger Uhl, OSBA# 950143
McCarthy & Holthus, LLP
19735 10th Avenue NE, Ste N200
Poulsbo, WA 98370
(206)-319-9100
Fax (206)-780-6862
huhl@mccarthyholthus.com

*Attorney for First Horizon Home Loan Corporation*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON- MEDFORD DIVISION**

| | |
|---|---|
| TAMIE RICHARDSON,<br><br>    Plaintiff,<br><br>vs.<br><br>FIRST HORIZON HOME<br>LOAN CORPORATION<br><br>    Defendants. | Case No.:  10-CV-03073-PA<br><br>**MOTION TO APPEAR BY**<br>**TELEPHONIC COMMUNICATION** |

COMES NOW, defendant, First Horizon Home Loan Corporation, by and through their counsel of record Holger Uhl of McCarthy & Holthus, LLP and moves the court to appear by telephonic communication at the Pre Trial hearing scheduled for June 20, 2011 at 1:30 p.m.

Counsel for defendant, First Horizon Home Loan Corporation has civil eviction hearings scheduled for the same day at the Washington County courthouse.

Dated: June _____, 2011                    **MCCARTHY & HOLTHUS, LLP**


                                            /s/ Holger Uhl
                                            _____
                                            Holger Uhl, OSBA #950143
                                            Attorney for Defendant
                                            First Horizon Home Loan Corporation

Holger Uhl, OSB# 950143
19735 10th Avenue NE, Ste N200
Poulsbo, WA 98370
Telephone: (206) 319-9100
Facsimile (206) 780-6862
huhl@mccarthyholthus.com

*Attorney for First Horizon Home Loan Corporation*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF OREGON- MEDFORD DIVISION

| | |
|---|---|
| TAMIE RICHARDSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FIRST HORIZON HOME LOAN CORPORATION<br><br>　　　　Defendants. | Case No.: 10-CV-03073-PA<br><br>**PROOF OF SERVICE OF DEFENDANT FIRST HORIZON HOME LOAN CORPORATION'S MOTION TO APPEAR BY TELEPHONIC COMMUNICATION** |

## **DECLARATION OF SERVICE**

　　I, Suzy Horvath, declare:

　　I am over the age of 18 years and not a party to this action; my business address is 8995 SW Miley Rd., Ste 103, Wilsonville, OR  97070

　　I further declare that I am readily familiar with the business practice of McCarthy & Holthus, LLP for service of documents.  Documents served by facsimile are transmitted and the original deposited with the United States Postal Service in our ordinary course of business on the same day; Documents served by mail are deposited with the United States Postal Service in the ordinary course of business the same day; and Documents served personally are delivered the same day.

Certificate of Service  (10-CV-03073-PA)
Page 1
MH #OR10-7486

McCarthy & Holthus LLP
19735 10th Ave NE, Suite N-200
Poulsbo  WA  98370
PH: (206) 319-9100
FAX: (206) 780-6862

On June 14, 2011, under the direction of a member from the bar of this court, I served the parties listed below the following document(s):

- **MOTION TO APPEAR BY TELEPHONIC COMMUNICATION**

TAMIE RICHARDSON
746 BAILEY DRIVE
GRANTS PASS, OR 97527

In the following manner of service: (check appropriate)

   __XX__       **BY MAIL:** I placed a true copy in a sealed envelope addressed as indicated above. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on a motion of party served, service presumed invalid if postal cancellation date or postage meter date is more than one date after date of deposit for mailing in affidavit.

I declare under penalty of perjury that the foregoing is true and correct.

By: __/s/ Suzy Horvath_____
Suzy Horvath
Administrative Assistant
**McCarthy & Holthus, LLP**

Certificate of Service  (10-CV-03073-PA)
Page 2
MH #OR10-7486

McCarthy & Holthus LLP
19735 10th Ave NE, Suite N-200
Poulsbo  WA  98370
PH: (206) 319-9100
FAX: (206) 780-6862