AFTER RECORDING RETURN TO:
McCarthy & Holthus, LLP
19735 Tenth Ave., Suite N-200
Poulsbo, WA 98370

SPACE ABOVE THIS LINE FOR RECORDER'S USE

TS #: OR-09-320893-SH

# RESCISSION OF NOTICE OF DEFAULT
Assessor's Parcel #: R343133

Reference is made to that certain trust deed in which **MIKE A RICHARDSON & TAMIE S RICHARDSON** was the grantor, **TICOR TITLE INSURANCE COMPANY** was the original trustee and **FIRST HORIZON HOME LOAN CORPORATION** was beneficiary, said trust deed was recorded on 4/15/2005, in as instrument No. **2005-008429**, of the mortgage records of **JOSEPHINE** County, **Oregon** and conveyed to the said trustee the following real property situated in said county:

Commonly Known As:     **746 BAILEY DRIVE**
                       **GRANTS PASS, OR 97527**

A notice of grantor's default under said trust deed, containing the beneficiary's or trustee's election to sell all of part of the above described real property to satisfy grantor's secured by said trust deed was recorded on **3/30/2010**, in said mortgage records, as instrument number **2010-004090**.

Now notice is hereby given that the undersigned successor trustee does hereby rescind, cancel and withdraw said notice of default and election to sell. It being understood that said trust deed and all obligations secured thereby hereby shall be and remain in force and affect as if no notice of default had been given. This rescission shall not be construed as implying or affecting any breach or default (past, present or future) under said trust deed or impairing any right or remedy there under, or as modifying or altering in any respect of the terms, covenants, conditions or obligations thereof, but is and shall be deemed to be only an election without prejudice, not to cause a sale to be made pursuant to said notice so recorded.

IN WITNESS WHEREOF, the undersigned successor trustee has hereunto set his hand and seal; If the undersigned is a corporation. It has caused its corporate name to be signed and its corporate seal to be affixed hereunto by its officers duly authorized thereunto by order of its Board of Directors.

This Document is dated: 6/27/2011

FIRST AMERICAN TITLE INSURANCE COMPANY

By: DENNIS CANLAS, ASST. SEC.

State of : _____ )
                         ) ss.
County of : _____ )

On _____ before me, _____ a Notary Public, personally appeared _____ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____ (Seal)

---

[1] *Date of Document does not necessarily reflect date of acknowledgment.*
Rescission of NOD - 1

## ACKNOWLEDGMENT

State of: California
County of: Orange

On 6/27/11, before me M. Krueger, notary public, personally appeared DENNIS CANLAS Asst. Secretary,

who proved to me on the basis of satisfactory evidence to be the person (s)

whose name(s) is/are subscribed to the within instrument and acknowledged

to me that he/she/they executed the same in his/her/their authorized

capacity(ies), and that by his/her/their signature(s) on the instrument

the person(s), or the entity upon behalf of which the person(s) acted, executed

the instrument.

**I certify under PENALTY OF PERJURY under the laws of the state of California that the foregoing paragraph is true and correct.**

WITNESS my hand and official seal

M. KRUEGER
Commission # 1786846
Notary Public - California
Orange County
My Comm. Expires Dec 24, 2011

Signature M. Krueger                                (Seal)

T.S. NUMBER: OR-09-320893-SH