Holger Uhl [OSB#950143]
**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045
Attorneys for First Horizon Home Loan Corporation

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**MEDFORD DIVISION**

| | |
|---|---|
| TAMIE RICHARDSON, <br><br> Plaintiff, <br><br> vs. <br><br> First Horizon Home Loan Corporation, <br><br><br> Defendants. | Case No. 10-03073 <br><br><br><br> **MOTION TO CONTINUE OR STAY** |

**MOTION**

The parties respectfully move the Court to stay the proceedings. This motion is made on the grounds that Plaintiff has retained counsel, that counsel needs time to review the file and that the parties are in settlement discussions.

Parties request a stay to give the parties the most flexibility to come to a negotiated resolution. However, in the event that the court is not inclined to stay this litigation, the parties request that the trial date be continued to a date agreeable to both parties and the court and that the current briefing schedule be extended accordingly.

//
//

Motion in Compel - 1

**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045

DATED July 19, 2011

        McCarthy & Holthus, LLP

           */s/ Holger Uhl*
By_____
        Holger Uhl, Of the Firm
        Attorneys for First Horizon Home Loan Corporation


        **/s/ James Stout**

_____
James J Stout
James J. Stout, PC
Attorney for Plaintiff

Motion in Compel - 2

**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045