**JAMES J. STOUT, P.C.**
ATTORNEY AT LAW
419 South Oakdale
Medford, Oregon 97501
**Phone: (541) 618-8888**
Fax: (541) 618-9015
E-Mail: JJStout1@aol.com

Tuesday, September 06, 2011

Hon. Owen M. Panner
US District Court Judge
Via ECF

       Re: Richardson v. First Horizon Home Loan Corporation - Case #10-3073-PA

Judge Panner,

       Pursuant to your order filed April 15, 2011, as document 98, I have had a chance to review the damages issue regarding the unlawful foreclosure. I have spoken with my client and also Mr. Uhl, the attorney for the defendant. Based upon my review, I do not see any damages to my client, besides her costs and attorney's fees. The claims that did include monetary damages have all been dismissed. Therefore, there is no need for a trial to determine damages under the unlawful foreclosure claim.

       There is a trial scheduled for September 22, 2011. Mr. Uhl and I are in settlement negotiations and attempting to modify Ms. Richardson's loan. Therefore, the trial scheduled for September 22, 2011, is not necessary. All of the parties request that the trial be postponed 60 days, to give us a chance to complete the settlement negotiations. If those fail, a trial may be necessary in the future.

       If you would like me to file any special motion or pleading to accomplish this, please let me know.

Sincerely,

**JAMES J. STOUT, P.C.**

James J. Stout

cc: client
Holger Uhl
(clients/Richardson/Panner 09-06-11)